Norman J. Roger, Esq. SBN 62554
Patricia M. Fama, Esq. SBN 138362
ROGER, SCOTT & HELMER LLP
1001 Marshall Street, Suite 400
Redwood City, CA 94063-2000
Telephone: 650-365-7700
Facsimile: 650-365-0677

#124694
Attorneys for Plaintiff
INSURANCE CORPORATON OF NEW YORK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INSURANCE CORPORATION OF NEW YORK,<br><br>          Plaintiff,<br><br>vs.<br><br>H & H PLASTERING, INC., CONCRETE SHELL STRUCTURES, INC. ; and DOES 1 through 10, inclusive,<br><br>          Defendants. | Case No.  C 07-05214 JL<br><br>**CERTIFICATE OF SERVICE** |

| Attorney Or Party Without Attorney (Name and Address) | | Telephone: | FOR COURT USE ONLY |
|---|---|---|---|
| PATRICIA M. FAMA, ESQ. (138632)<br>ROGER SCOTT & HELMER LLP<br>1001 Marshall, Suite 400<br>Redwood City, California 94063 | | (650) 365-7700 | |
| Attorneys for: INSURANCE CORPORATION OF NEW YORK | | Ref. No. Or File No.<br>W2486355 | |

Insert name of court, judicial district and branch court, if any:

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Plaintiff:

INSURANCE CORPORATION OF NEW YORK

Defendant:

H&H PLASTERING, INC.

| **PROOF OF SERVICE** | Date: | Time: | Dept/Div: | Case Number:<br>C 07-5214 JL |
|---|---|---|---|---|

I, William E. Galdamez, Under penalty of perjury, hereby declare that I am and was on the dates herein mentioned, a Citizen of the United States, over the age of eighteen, and not a party to the within action;

I served the: SUMMONS IN A CIVIL ACTION; COMPLAINT ; INITIAL CASE MANAGEMENT SCHEDULING ORDER; CASE MANAGEMENT CONFERENCE ORDER; NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION; CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE; ADR PACKAGE; ECF REGISTRATION

in this action by personally delivering to and leaving with the following defendant or person on the date set opposite their respective names, a true copy thereof:

Defendant           : H&H PLASTERING, INC.

By Serving          : COREY HOFFMAN, Occupant

Address             : 908 Regency Court , San Ramon, California 94583
Date & Time         : Tuesday, November 6, 2007 @ 7:33 p.m.
Witness fees were   : Not applicable.

Person serving:
William E. Galdamez
**Wheels of Justice, Inc.**
657 Mission Street, Suite 502
San Francisco, California 94105
Phone: (415) 546-6000

a. Fee for service:
d. Registered California Process Server
   (1) Employee or independent contractor
   (2) Registration No.: 634
   (3) County: Contra Costa
   (4) Expires: 2/24/08

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: November 7, 2007

Signature: *William E. Galdamez*

William E. Galdamez



Printed on recycled paper

PATRICIA M. FAMA, ESQ. (138632)
ROGER SCOTT & HELMER LLP
1001 Marshall, Suite 400
Redwood City, California 94063
Telephone: (650) 365-7700
Attorneys for: INSURANCE CORPORATION OF NEW YORK

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Plaintiff(s)   : INSURANCE CORPORATION OF NEW YORK
Defendant(s) : H&H PLASTERING, INC.

Hearing Date:
Time:           Dept.

| Invoice No. W2486355 | DECLARATION RE DILIGENCE | Case No. C 07-5214 JL |
|---|---|---|

I William E. Galdamez _____, and any employees or independent contractors retained by
WHEELS OF JUSTICE, INC. are and were on the dates mentioned herein over the age of eighteen years
and not a party to this action. Personal service was attempted on

### H&H PLASTERING, INC.

(3)  Alternate Address : ,
(2)  Business Address  : 908 Regency Court, San Ramon, California  94583
(1)  Residence Address  :Unknown,

| Date and time of attempt(s): | Reason for non-service: | Loc |
|---|---|---|
| | Business Hours 9:00 a.m. to 5:00 p.m. | |
| 10/29/07    7:05 a.m. | Per wife, subject is paralyzed and is asleep.  Refused to wake him up. | R |
| | There are wheelchair ramps at front door and inside house. | |
| 10/30/07    8:58 p.m. | No answer | R |
| 11/01/07    7:26 p.m. | No answer | R |
| 11/03/07    8:54 a.m. | No answer | R |
| 11/06/07    7:33 p.m. | Subserved COREY HOFFMAN, Occupant. | R |

This Declaration is based upon business records maintained in the normal course of business
I declare under penalty of perjury under the laws of the State of California that the foregoing is
true and correct.
Executed on November 7, 2007            Signature: *William E. Galdamez*

William E. Galdamez

**WHEELS OF JUSTICE, INC.,** 657 Mission Street, Suite 502 San Francisco, CA  94105  (415) 546-6000
Printed on recycled paper

| Attorney Or Party Without Attorney (Name and Address) | Telephone: | FOR COURT USE ONLY |
|---|---|---|
| PATRICIA M. FAMA, ESQ. (138632)<br>ROGER SCOTT & HELMER LLP<br>1001 Marshall, Suite 400<br>Redwood City, California 94063 | (650) 365-7700 | |

Attorneys for: INSURANCE CORPORATION OF NEW YORK

Ref. No. Or File No. W2486355

Insert name of court, judicial district and branch court, if any:

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Plaintiff:

INSURANCE CORPORATION OF NEW YORK

Defendant:

H&H PLASTERING, INC.

| **POS BY MAIL** | Hearing Date: | Time: | Dept/Div: | Case Number: C 07-5214 JL |
|---|---|---|---|---|

At the time of service I was at least 18 years of age and not a party to this action.

On November 7, 2007, I served the within :

SUMMONS IN A CIVIL ACTION; COMPLAINT ; INITIAL CASE MANAGEMENT SCHEDULING ORDER; CASE MANAGEMENT CONFERENCE ORDER; NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION; CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE; ADR PACKAGE; ECF REGISTRATION

on the defendant in the within action by placing a true copy in a sealed envelope with postage fully prepaid for first class, in the United States mail at San Francisco, California, addressed as follows:

H&H PLASTERING, INC.
908 Regency Court
San Ramon, California 94583

JAMES HOFFMAN, Agent for Service of Process

Person serving:
Edwina Galvan
**Wheels of Justice, Inc.**
657 Mission Street, Suite 502
San Francisco, California 94105
Phone: (415) 546-6000

a. Fee for service:
d. Registered California Process Server
   (1) Employee or independent contractor
   (2) Registration No.: 406
   (3) County: San Francisco

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: November 7, 2007

Signature: _____
Edwina Galvan

Judicial Council form, rule 982(a) (23)