Norman J. Roger, Esq. SBN 62554
Patricia M. Fama, Esq. SBN 138362
ROGER, SCOTT & HELMER LLP
1001 Marshall Street, Suite 400
Redwood City, CA 94063-2000
Telephone: 650-365-7700
Facsimile: 650-365-0677

#125205
Attorneys for Plaintiff
INSURANCE CORPORATON OF NEW YORK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INSURANCE CORPORATION OF NEW YORK,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>H & H PLASTERING, INC., CONCRETE SHELL STRUCTURES, INC. ; and DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | Case No.  C 07-05214 JL<br><br>**CERTIFICATE OF SERVICE RE CONCRETE SHELL STRUCTURES, INC.** |

| Attorney Or Party Without Attorney (Name and Address): | Telephone: | FOR COURT USE ONLY |
|---|---|---|
| PATRICIA M. FAMA, ESQ. (138632)<br>ROGER SCOTT & HELMER LLP<br>1001 Marshall, Suite 400<br>Redwood City, California 94063 | (650) 365-7700 | |
| | Ref. No. Or File No.<br>W2486353 | |
| Attorneys for: INSURANCE CORPORATION OF NEW YORK | | |

Insert name of court, judicial district and branch court, if any:
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Plaintiff:
INSURANCE CORPORATION OF NEW YORK

Defendant:
H&H PLASTERING, INC.

| **PROOF OF SERVICE** | Date: | Time: | Dept/Div: | Case Number:<br>C 07-5214 JL |
|---|---|---|---|---|

I, William E. Galdamez, Under penalty of perjury, hereby declare that I am and was on the dates herein mentioned, a Citizen of the United States, over the age of eighteen, and not a party to the within action;

I served the: SUMMONS IN A CIVIL ACTION; COMPLAINT ; INITIAL CASE MANAGEMENT SCHEDULING ORDER; CASE MANAGEMENT CONFERENCE ORDER; NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION; CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE; ADR PACKAGE; ECF REGISTRATION

in this action by personally delivering to and leaving with the following defendant or person on the date set opposite their respective names, a true copy thereof:

Defendant : CONCRETE SHELL STRUCTURES, INC.

By Serving : BRIAN R. CAMERON, Agent for Service of Process

Address : 1960 S Forest Hill Place, Danville, Ca 94526
Date & Time : Sunday, November 18, 2007 @ 7:18 p.m.
Witness fees were : Not applicable.

Person serving:
William E. Galdamez
**Wheels of Justice, Inc.**
657 Mission Street, Suite 502
San Francisco, California 94105
Phone: (415) 546-6000

a. Fee for service:
d. Registered California Process Server
   (1) Employee or independent contractor
   (2) Registration No.: 634
   (3) County: Contra Costa
   (4) Expires: 2/24/08

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: November 19, 2007          Signature: *William E. Galdamez*
                                              William E. Galdamez

