UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

INSURANCE CORPORATION OF NEW YORK,   No. C 07-05214 JL

    Plaintiff(s),

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

    v.

H&H PLASTERING, INC., CONCRETE SHELL STRUCTURES, INC., et al.
    Defendant(s).
_____/

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: January 14, 2007

_____
Signature

Counsel for  Plaintiff
(Plaintiff, Defendant or indicate "pro se")
INSURANCE CORPORATION OF NEW YORK

I, the undersigned, declare that:

I am, and was at the time of the service hereinafter mentioned, a citizen of the United States of America, employed in the County of San Mateo, California. I am over the age of eighteen years and not a party to the within cause; my business address is 1001 Marshall Street, Suite 400, Redwood City, California 94063.

On **January 14, 2008**, I caused to be served the following:

- **CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

on the parties involved addressed as follows:

| | |
|---|---|
| James Hoffman<br>Agent for Service of Process<br>H & H Plastering, Inc.<br>908 Regency Court<br>San Ramon, CA 94583 | Brian R. Cameron<br>Concrete Shell Structures, Inc.<br>1960 S Forest Hill Place<br>Danville, CA 94526 |

      BY CERTIFIED MAIL-RETURN RECEIPT REQUESTED: I caused each such envelope above, with postage thereon fully prepaid, to be placed in the United States mail at Redwood City, California. (CCP Section 1013(a)(1))

<u>XXX</u>    MAIL: I caused each such envelope above, with postage thereon fully prepaid, to be placed in the United States mail at Redwood City, California. (CCP Section 1013(a)(1))

      VIA FACSIMILE TRANSMISSION (CCP Section 1013)

      BY OVERNIGHT MAIL - FEDEX (CCP Section 1013(c))

I am readily familiar with the business practice for collection and processing of mail in this office. That in the ordinary course of business said document would be deposited with the U. S. Postal Service in Redwood City on that same day. I understand that service shall be presumed invalid upon motion of a party served if the postal cancellation date or postage meter date on the envelope is more than one day after the date of deposit for mailing contained on the affidavit.

I declare, under penalty of perjury, under the laws of the State of California that the foregoing is true and correct. Executed **January 14, 2008**, at Redwood City, California.

                                                   _____
                                                   Luz Marie Ramirez