# R✦S✦H

| | | |
|---|---|---|
| Norman J. Roger<br>Edmund M. Scott<br>Pamela J. Helmer<br>Patricia M. Fama | **ROGER, SCOTT & HELMER LLP**<br>Attorneys at Law<br>1001 Marshall Street, Suite 400<br>Redwood City, California 94063<br>Telephone (650) 365-7700<br>Fax (650) 365-0677<br>lmramirez@rshllp.com | Timothy C. Connor<br>Terri L. Crawford<br>Anita Mohan<br>Jennifer L. Royer<br>Charles P. Stone<br><br>Office Administrator<br>----✦----<br>Donald G.C. Shu |

January 15, 2008

Hon. James Larson
United States District Court
Northern District
450 Golden Gate Avenue
San Francisco, CA 94102

    Re:    **Insurance Corporation of New York v. H&H Plastering, et al.**
            United States District Court (Northern) Case No.
            Our File No.: ICN01-77103

Dear Judge Larson:

    Our office represents Insurance Corporation of New York in this matter. The **Initial Case Management Conference** is schedule for **January 16, 2008 at 8:30 a.m**. The purpose of this letter is to request a continuance of the Initial Case Management Conference to allow Insurance Corporation of New York time to request entry of default of the defendants in this matter, H&H Plastering, Inc. and Concrete Shell Structures, Inc. Once default is taken, Insurance Corporation of New York will bring an Application for Default Judgment against Defendants.

    H&H Plastering, Inc. was served in this matter on November 6, 2008. Concrete Shell Structures, Inc. was served in this matter on November 18, 2007. My office sent certified letters to both defendants (via their agents for service of process) on December 28, 2007 advising that Insurance Corporation of New York would take their default if no responsive pleading was filed. My office also served Insurance Corporation of New York's Initial Case Management Conference Statement on the defendants' agents for service of process. The Initial Case Management Conference Statement stated that the defendants' default would be taken if they did not appear in the action.

    Accordingly, and if acceptable to the Court, Insurance Corporation of

Hon. James Larson
January 15, 2008
Page 2

New Your respectfully requests that the January 16, 2008 Initial Case Management Conference be continued approximately 90 days to allow Insurance Corporation of New York to Request Entry of Default of the Defendants and to present an Application for Default Judgment of the defendants in this matter.

                Very truly yours,

                ROGER, SCOTT & HELMER LLP

                By: *Patricia M Fama*
                      Patricia M. Fama, Esq.

lmr/126721