Norman J. Roger, Esq. SBN 62554
Patricia M. Fama, Esq. SBN 138362
Timothy C. Connor, Esq. SBN 236529
Roger, Scott & Helmer LLP
1001 Marshall Street, Suite 400
Redwood City, Ca. 94063-2000
Telephone: 650-365-7700
Facsimile: 650-365-0677

#126662
Attorneys for Plaintiff
INSURANCE CORPORATON OF NEW YORK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INSURANCE CORPORATION OF NEW YORK,<br><br>Plaintiff,<br><br>vs.<br><br>H & H PLASTERING, INC., CONCRETE SHELL STRUCTURES, INC.; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. C 07-05214 JL<br><br>**REQUEST TO ENTER DEFAULT OF DEFENDANT H & H PLASTERING, INC.** |

TO:   THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

Plaintiff INSURANCE CORPORATION OF NEW YORK (hereafter "INSCORP") hereby requests that the Clerk of the United States District Court for the Northern District of California enter default in this matter against defendant H & H PLASTERING, INC. (hereafter "H&H") on the ground that said defendant has failed to appear or otherwise respond to the complaint within the time prescribed by the Federal Rules of Civil Procedure.  Plaintiff served the

complaint on defendant H&H on November 6, 2007, evidenced by the proof of service of summons on file with this Court. Having received no responsive pleading from H&H, on December 28, 2007, INSCORP sent a letter via registered mail to H&H's agent for service of process alerting them of their failure to respond and of INSCORP's intent to request an entry of default if no response was received by January 4, 2008. The post office confirmed that the letter was received. On January 9, INSCORP served a copy of its case management conference statement on H&H. The case management conference statement stated INSCORP's intention to request entry of default. To date, no responsive pleading has been filed. The above stated facts are set forth in the accompanying declaration of Timothy C. Connor, filed herewith.

Dated: January 18, 2008

ROGER, SCOTT & HELMER, LLP

By /s/ Timothy C. Connor
Norman J. Roger, Esq.
Patricia M. Fama, Esq.
Timothy C. Connor, Esq.
Attorneys for Plaintiff
INSURANCE CORPORATION OF NEW YORK