Norman J. Roger, Esq. SBN 62554
Patricia M. Fama, Esq. SBN 138362
Timothy C. Connor, Esq. SBN 236529
Roger, Scott & Helmer LLP
1001 Marshall Street, Suite 400
Redwood City, Ca. 94063-2000
Telephone: 650-365-7700
Facsimile: 650-365-0677

#126663
Attorneys for Plaintiff
INSURANCE CORPORATON OF NEW YORK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

INSURANCE CORPORATION OF NEW YORK,

   Plaintiff,

vs.

H & H PLASTERING, INC., CONCRETE SHELL STRUCTURES, INC. ; and DOES 1 through 10, inclusive,

   Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No.  C 07-05214 JL

**DECLARATION OF TIMOTHY C. CONNOR IN SUPPORT OF PLAINTIFF'S REQUEST TO ENTER DEFAULT OF DEFENDANT H & H PLASTERING, INC.**

I, Timothy c. Connor, declare as follows:

  1.  I am an associate attorney with the law firm of Roger Scott & Helmer, counsel of record for plaintiff INSURANCE CORPORATION OF NEW YORK (hereafter "INSCORP") in the above captioned litigation.  I have personal knowledge of facts set forth herein and if called as a witness could competently testify thereto.

  2.  Defendant H & H PLASTERING, INC. (hereafter "H&H") was served with

1
DECLARATION OF TIMOTHY C. CONNOR IN SUPPORT OF PLAINTIFF'S
REQUEST TO ENTER DEFAULT OF DEFENDANT H & H PLASTERING, INC.

INSCORP's complaint on November 6, 2007.

3.    On December 28, 2007, INSCORP sent a registered letter to H&H's agent for service of process alerting them of their failure to respond and of INSCORP's intent to request entry of default if no response was received by January 4, 2008.

4.    The post office confirmed that the letter was received.

5.    On January 9, 2008, my office caused to be served on H&H's agent for service of process a copy of INSCORP's case management conference statement. The case management conference statement indicated INSCORP's intention to seek a default against H&H.

6.    To date, H&H has not appeared in this action and has not responded to the complaint within the time permitted by law.

7.    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 18th day of January, 2008, at Redwood City, California.

/s/ Timothy C. Connor

Timothy C. Connor, Esq.

DECLARATION OF TIMOTHY C. CONNOR IN SUPPORT OF PLAINTIFF'S
REQUEST TO ENTER DEFAULT OF DEFENDANT H & H PLASTERING, INC.