Norman J. Roger, Esq. SBN 62554
Patricia M. Fama, Esq. SBN 138362
Timothy C. Connor, Esq. SBN 236529
Roger, Scott & Helmer LLP
1001 Marshall Street, Suite 400
Redwood City, Ca. 94063-2000
Telephone: 650-365-7700
Facsimile: 650-365-0677

#126661
Attorneys for Plaintiff
INSURANCE CORPORATON OF NEW YORK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INSURANCE CORPORATION OF NEW YORK,<br><br>Plaintiff,<br><br>vs.<br><br>H & H PLASTERING, INC., CONCRETE SHELL STRUCTURES, INC. ; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. C 07-05214 JL<br><br>**REQUEST TO ENTER DEFAULT OF DEFENDANT CONCRETE SHELL STRUCTURES, INC.** |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

Plaintiff INSURANCE CORPORATION OF NEW YORK (hereafter "INSCORP") hereby requests that the Clerk of the United States District Court for the Northern District of California enter default in this matter against defendant CONCRETE SHELL STRUCTURES, INC. (hereafter "CSS") on the ground that said defendant has failed to appear or otherwise respond to the complaint within the time prescribed by the Federal Rules of Civil Procedure. Plaintiff

served the complaint on defendant CSS on November 18, 2007, evidenced by the proof of service of summons on file with this Court. Having received no responsive pleading from CSS, on December 28, 2007, INSCORP sent a letter via registered mail to CSS's agent for service of process alerting them of their failure to respond and of INSCORP's intent to request entry of default if no response was received by January 4, 2008. On or about January 2, 2008, CSS's agent for service of process Brian Cameron left a message on Timothy C. Connor's voice mail indicating that CSS was a dissolved corporation, but stated no intent to respond to the complaint. On January 9, INSCORP served a copy of its case management conference statement on CSS. The case management conference statement stated INSCORP's intention to request entry of default. To date, no responsive pleading has been filed. The above stated facts are set forth in the accompanying declaration of Timothy C. Connor, filed herewith.

Dated: January 18, 2008

ROGER, SCOTT & HELMER, LLP

By /s/ Timothy C. Connor
Norman J. Roger, Esq.
Patricia M. Fama, Esq.
Timothy C. Connor, Esq.
Attorneys for Plaintiff
INSURANCE CORPORATION OF NEW YORK

REQUEST TO ENTER DEFAULT OF DEFENDANT CONCRETE SHELL STRUCTURES, INC.