Norman J. Roger, Esq. SBN 62554
Patricia M. Fama, Esq. SBN 138362
Timothy C. Connor, Esq. SBN 236529
Roger, Scott & Helmer LLP
1001 Marshall Street, Suite 400
Redwood City, Ca. 94063-2000
Telephone: 650-365-7700
Facsimile: 650-365-0677

#126664
Attorneys for Plaintiff
INSURANCE CORPORATON OF NEW YORK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INSURANCE CORPORATION OF NEW YORK,<br><br>Plaintiff,<br><br>vs.<br><br>H & H PLASTERING, INC., CONCRETE SHELL STRUCTURES, INC. ; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. C 07-05214 JL<br><br>**DECLARATION OF TIMOTHY C. CONNOR IN SUPPORT OF PLAINTIFF'S REQUEST TO ENTER DEFAULT OF DEFENDANT CONCRETE SHELL STRUCTURES, INC.** |

I, Timothy C. Connor, declare as follows:

1. I am an associate attorney with the law firm of Roger Scott & Helmer, counsel of record for plaintiff INSURANCE CORPORATION OF NEW YORK (hereafter "INSCORP") in the above captioned litigation. I have personal knowledge of facts set forth herein and if called as a witness could competently testify thereto.

2. Defendant CONCRETE SHELL STRUCTURES, INC. (hereafter "CSS") was served

with INSCORP's complaint on November 18, 2007.

3. On December 28, 2007, INSCORP sent a registered letter to CSS's agent for service of process alerting them of their failure to respond and of INSCORP's intent to request entry of default if no response was received by January 4, 2008.

4. On or about January 2, 2008, I received a voice mail message from CSS's agent for service of process Brian Cameron indicating that CSS was a dissolved corporation, but expressing no intent to respond to the complaint.

5. On January 9, 2008, my office caused to be served on CSS's agent for service of process a copy of INSCORP's case management conference statement. The case management conference statement indicated INSCORP's intention to seek a default against CSS.

5. To date, CSS has not appeared in this action and has not responded to the complaint within the time permitted by law.

6. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 18th day of January, 2008, at Redwood City, California.

/s/ Timothy C. Connor

Timothy C. Connor, Esq.