Norman J. Roger, Esq. SBN 62554
Patricia M. Fama, Esq. SBN 138362
Timothy C. Connor, Esq. SBN 236529
Roger, Scott & Helmer LLP
1001 Marshall Street, Suite 400
Redwood City, Ca. 94063-2000
Telephone: 650-365-7700
Facsimile: 650-365-0677

#126860
Attorneys for Plaintiff
INSURANCE CORPORATON OF NEW YORK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INSURANCE CORPORATION OF NEW YORK,<br><br>Plaintiff,<br><br>vs.<br><br>H & H PLASTERING, INC., CONCRETE SHELL STRUCTURES, INC. ; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.  C 07-05214 JL<br><br>**SIGNATURE ATTESTATION** |

I, Timothy C. Connor, declare as follows:

1. I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

/S/ Timothy C. Connor
_____
Timothy C. Connor, Esq.

1
SIGNATURE ATTESTATION