**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**
————————

www.cand.uscourts.gov

Richard W. Wieking                                                  General Court Number
Clerk                                                                         415.522.2000

January 24, 2008


RE:  <u>CV 07-05214 JL</u>   <u>INSURANCE CORPORATION OF NEW YORK-v- H&H</u>
<u>PLASTERING INC.</u>


Default is entered as to Defendants H&H Plastering Inc. And Concrete Shell Structures Inc, on
1/24/08.




RICHARD W. WIEKING, Clerk


by<u>Gloria Acevedo</u>
Case Systems Administrator
To Chief Magistrate Judge James Larson




NDC TR-4  Rev. 3/89