Norman J. Roger, Esq. SBN 62554
Patricia M. Fama, Esq. SBN 138362
Roger, Scott & Helmer LLP
1001 Marshall Street, Suite 400
Redwood City, Ca. 94063-2000
Telephone: 650-365-7700
Facsimile: 650-365-0677

#129170
Attorneys for Plaintiff
INSURANCE CORPORATON OF NEW YORK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INSURANCE CORPORATION OF NEW YORK,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>H & H PLASTERING, INC., CONCRETE SHELL STRUCTURES, INC. ; and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants. | Case No. C 07-05214 JL<br><br>APPLICATION FOR DEFAULT JUDGMENT OF DEFENDANTS H & H PLASTERING, INC. AND CONCRETE SHELL STRUCTURES, INC.; POINTS AND AUTHORITIES IN SUPPORT THEREOF AND DECLARATION OF PATRICIA M. FAMA |

　　　INSURANCE CORPORATION OF NEW YORK (hereafter "INSCORP") herein presents its application for a default judgment against defendants. The clerk has previously entered the default of H & H Plastering, Inc. ("H&H") and of Concrete Shell Structures, Inc. ("CSS") on January 24, 2008.

　　　If the court deems a hearing necessary, at the time and place of hearing, plaintiff will

present proof of the following matters:

As to H&H Plastering, Inc.:

1. Defendant H&H is not an infant or an incompetent person or in military service or otherwise exempted under the Soldiers' and Sailors' Civil Relief Act of 1940; and

2. Said defendant has not appeared in this action.

3. Plaintiff is entitled to judgment against said defendant on account of the claims pleaded in the complaint, to wit: Reformation of the Insurance Policies, Declaratory Relief – Duty to Defend, and Declaratory Relief – Duty to Indemnify.

As to Concrete Shell Structures, Inc.:

1. Defendant CSS is not an infant or an incompetent person or in military service or otherwise exempted under the Soldiers' and Sailors' Civil Relief Act of 1940; and

2. Said defendant has not appeared in this action.

3. Plaintiff is entitled to judgment against said defendant on account of the claims pleaded in the complaint, to wit: Reformation of the Insurance Policies, Declaratory Relief – Duty to Defend, and Declaratory Relief – Duty to Indemnify.

As to both H& H Plastering, Inc. and Concrete Shell Structures, Inc.:

4. The judgment sought is as follows, and as set forth in the attached declarations of Patricia M. Fama and David Daniels:

On the First Cause of Action

    a. For reformation of Policy No. IC10019414 01 00 (effective October 1, 1999 - (Continuous)) to reflect the true intent of the parties, as follows:   To include the EIFS endorsement as required, agreed and expected by the parties.

    b. For reformation of Policy No. IC10019414 02 00 (effective October 1, 2000 - (Continuous)) to reflect the true intent of the parties, as follows:   To include the EIFS endorsement as required, agreed and expected by the parties.

On the Second Cause of Action

  a. For a declaration of plaintiff and defendants' respective rights and duties under the insurance policies herein as follows:

    1.) That Plaintiffs has no obligation to defend H & H under the policies in relation to Britannia claims and/or CSS claims.

On the Third Cause of Action

  a. For a declaration of plaintiff and defendants' respective rights and duties under the insurance policies herein as follows:

    1.) That Plaintiffs has no obligation to indemnify H & H under the policies for the Britannia claims and/or CSS claims.

On All Causes of Action:

For costs of suit incurred herein;

  For such other and further relief as the Court may deem proper.

This application is based on this Notice and Points and Authorities, the attached declaration of Patricia M. Fama, and the pleadings, files, and other matters that may be presented at the hearing.

Dated: March 31, 2008

            ROGER, SCOTT & HELMER LLP
            By /s/ Patricia M. Fama
            Norman J. Roger, Esq.
            Patricia M. Fama, Esq.
            Attorneys for Plaintiff
            INSURANCE CORPORATION OF NEW YORK