Norman J. Roger, Esq. (SBN 62554)
Patricia M. Fama, Esq. (SBN 138362)
Roger, Scott & Helmer LLP
1001 Marshall Street, Suite 400
Redwood City, CA 94063
Telephone: 650-365-7700
Facsimile: 650-365-0677

#129182
Attorneys for Plaintiff
INSURANCE CORPORATON OF NEW YORK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INSURANCE CORPORATION OF NEW YORK,<br><br>Plaintiff,<br><br>vs.<br><br>H & H PLASTERING, INC., CONCRETE SHELL STRUCTURES, INC. ; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.  C 07-05214 JL<br><br>**DECLARATION OF DAVID DANIELS IN SUPPORT OF INSURANCE COMPANY OF NEW YORK'S APPLICATION FOR DEFAULT JUDGMENT OF DEFENDANTS H & H PLASTERING, INC. AND CONCRETE SHELL STRUCTURES, INC.** |

I, David Daniels, declare:

1.  I am the President and Chief Operating Officer of HDR Insurance Services.  HDR Insurance Services was the Managing General Agent for Insurance Corporation of New York ("Inscorp")   HDR Insurance Services was the underwriter for Inscorp for the policies of insurance which are the subject of this declaration.

2.  I am authorized to make this declaration on behalf of Inscorp.

3. I am familiar with the underwriting guidelines for the Artisan Insurance Program and the underwriting documents for the policies of insurance which are the subject of this declaration. I am familiar with the policy forms and declaration pages of each of these policies.

4. Unless specifically stated to be made upon information and belief, I have personal knowledge of facts set forth herein and if called as a witness could competently testify thereto.

5. This Declaration is made in support of Insurance Corporation of New York's ("Inscorp") Application For Default Judgment Of Defendant H&H Plastering, Inc. and of Concrete Shell Structures, Inc. ("CSS").

6. Inscorp provided four years of insurance coverage to H&H Plastering, Inc. from October 1, 1998 through October 1, 2002. The coverage was provided under the following policies:

- Policy No. IC10019414-00-00 (effective October 1, 1998 - (Continuous))
- Policy No. IC10019414-01-00 (effective October 1, 1999 - (Continuous))
- Policy No. IC10019414-02-00 (effective October 1, 2000 - (Continuous))
- Policy No. IC10021378 00 00 (effective October 1, 2001 – (Continuous))

7. Attached hereto as Exhibit "A" is a true and correct copy of an e-mail dated Monday, April 20, 1998 9:04 AM from David Cast, the then Underwriting Manager for HDR Insurance Services. The subject line of the e-mail states: "Underwriting Notes '98-7(EIFs)". The e-mail provides:

> "Subject:    Underwriting Notes '98-7 (EIFs)
>
> Background/Overview:
>
> The video on the installation of the EIFs system, and the comments by the HDR principals as to their concern on our covering this exposure provide the background for our position to NOT provide Products/Completed Operations Coverage for EIFs work. In order to

accomplish this objective you will need to attach the endorsements CG 21 34 01 87 (EIFs) to all policies that are identified as have a potential for the EIFs exposure.

Underwriting:

Classes that may have the exposure – Primarily the Exterior Plastering/Stucco (98449) class will have this exposure and the endorsement MUST be applied when this class in on the policy. The Drywall Wall (92338) contractors may have the exposure and the endorsement should be applied in situations where you can not make a sound determination.

If the account is currently doing (EIFs) work the account must be discussed with the Underwriting VP or an HDR principal. It is doubtful that we would want to insure them unless they have coverage for the Product/Completed Operations exposure in another market.

Since the endorsement is restrictive you need to be sure that the insured/agent is aware that it will be utilized. On New Business the endorsement is effective immediately and should be included with the quote. On the renewals we need to let the insured/agent know that we will be utilizing the endorsement.

8. The mandatory EIFS endorsement applied to class codes 92338 and 98449. There was no reason or basis to remove the EIFS endorsement from any policy issued to insureds within class codes 92338 and 98449. A policy would not be issued to either of these class codes without the EIFS endorsement.

9. The class code for H&H Plastering, Inc. was 98449. Attached hereto as Exhibit "B" is a true and correct copy of the Artisan-Pak Instruction Sheet reflecting H&H Plastering, Inc's class code of 98449.

10. Attached hereto as Exhibit "C' is a true and correct copy of a portion of H&H Plastering, Inc.'s application for the October 1, 1998 – (Continuous) policy. The application considered the option of providing the excluded EIFs coverage. The application provides, in part:

"***QUOTE AS AN OPTION: COVERAGE FOR "EIFS" THE SYNTHETIC STUCCO PRODUCT ***..."

11. Since the EIFS exclusion was mandatory on all policies issued to plasterers the option was not and could not be quoted.

12. Coverage for H&H Plastering, Inc. for the three year period, October 1, 1998 to October 1, 2001, was provided under Policy No. IC10019414 00 00 and two annual renewals. The policy number assigned to the policy ends in "00 00" to indicate it is new business. Thereafter, and for renewed policies, the policy is given the renewal indicators "01 00" and "02 00" to indicate the first renewal and second renewal, respectively.

13. Attached here to as Exhibit "D" is a true and correct copy of portions of the certified original Policy No. 1C10019414 00 00. Exhibit "D" consists of the following documents, the policy certification sheet, the Common Policy Declaration, the Common Policy Declaration (continued), Commercial General Liability Declaration and the Exclusion – Designated Work (CG 21 34 01 87 (EIFS).

14. The effective dates for Policy No. IC10019414 00 00 when first issued was "October 1, 1998 to (Continuous)." As to the policy effective dates, Policy No. IC10019414 00 00 provided:

> "Unless stated elsewhere, this policy is effective at 12:01a.m. at the mailing address shown below. If the policy period is shown above as 'continuous', the policy continues until it is non-renewed at the annual anniversary of the effective date or cancelled."

15. Policy No. IC10019414 00 00 included, as required by the underwriting guidelines the Exclusion –Designated Work (CG 2134 01 87 (EIFS). (the "EIFS exclusion") The EIFS exclusion is listed on the Common General Liability Declarations of Policy No. IC10019414 00 00 and a copy of the EIFS exclusion was included and a part of Policy No. IC10019414 00 00.

16. When Policy No. No. IC10019414-00-00 was first renewed on or about October 1, 1999, the underwriting guidelines for the policy made the use of the EIFS exclusion mandatory

for plastering subcontractors such as H&H Plastering, Inc. Attached hereto as Exhibit "E" is a true and correct copy of the Artisan Pak Underwriting Checklist- Renewal and the September 23, 1999 Driver's Schedule for the first renewal. The names of the employee/drivers have been redacted from these documents. The Artisan Pak Underwriting Checklist- Renewal lists the renewal forms for the first renewal, as including, "exclude EIFS". This is consistent with the Underwriting Guidelines then in effect.

17. Attached hereto as Exhibit "F" is a true and correct copy of the ARTISAN INSURANCE PROGRAM Drywall and/or Plastering Contractor UNDERWRITING GUIDE Edition 12/98. The Guide provided in part, at page 2:

> "PART III: COVERAGE CONSIDERATIONS
> The following classifications, pricing and coverage guidelines are unique to this program and shall be used on accounts that are participating in the program.
> - Drywall or Wallboard Installation (92338)
> - Plastering or Stucco Work (98449)
>
> * * *
>
> - **Mandatory Exclusion** – All insureds with a Plastering/Stucco exposure must exclude the Product-Completed Operations hazard associated with EIFS (Exterior Insulation Finish System) using the ISO endorsement "Exclusion – Designated Work (CG 21 34)" with the Description of Your Work completed as per the attached sample."

18. An underwriting referral form dated September 23, 1999, prior to the first renewal on October 1, 1999, reflects the continuous nature of coverage under the October 1, 1998 – (Continuous) policy and states:

"No significant changes at renewal. A few small alterations here and there."

Attached hereto as Exhibit "G" is a true and correct copy of an underwriting referral form dated September 23, 1999. The elimination of the EIFS exclusion on a policy issued to a plasterer would have been more than a "small alteration" and would have been an

unacceptable risk and contrary to the underwriting guidelines. Without the EIFS exclusion for a plasterer such as H&H Plastering, Inc. the policy would not have been issued.

19. Policy No. IC10019414 00 00 was first renewed for the period October 1, 1999 to (Continuous) under Policy No. IC10019414 01 00. Attached hereto as Exhibit "H" are true and correct copies of portions of the certified original Policy No. 1C10019414-01-00. (the "first renewal policy")

20. When the first renewal was issued, the policy forms were computer generated. Certain forms, including the mandatory EIFS policy endorsement had to be user selected to be included on the policy declarations. Because the use of the EIFS endorsement was mandatory for class 98449 plasters like H&H Plastering, Inc., the first renewal would not have been issued without the EIFS endorsement. The renewal checklist confirmed the mandatory EIFS endorsement was to be included in the first renewal policy. Through error and oversight, it appears that the mandatory EIFS endorsement was not user selected and the policy forms, when generated, did not list the EIFS exclusion. The EIFS exclusion was to have been included and a part of the policy on renewal in accordance with the underwriter's notes per Artisan Pak Underwriting Checklist- Renewal (Ex. E) and underwriting guidelines. The EIFS exclusion could not have been deleted from the policy upon first renewal for a plasterer including H&H Plastering, Inc. If the EIFS exclusion was omitted, the risk would not have been acceptable and the first renewal policy would not have been issued.

21. Policy No. IC10019414 00 00 was renewed a second time, on its anniversary, for the period October 1, 2000 to (Continuous) under policy number 1C10019414-02-00. Attached hereto as Exhibit "I" are true and correct copies of portions of the certified original Policy No. IC10019414 02 00 (the "second renewal policy"). As with the first renewal, through error and oversight, it appears that the mandatory EIFS endorsement was not user selected and the policy forms, when generated, did not list the EIFS exclusion. The EIFS exclusion was to have been included and a part of the policy on second renewal in accordance with the underwriter guidelines. The EIFS exclusion could not have been deleted from the policy upon second

renewal for a plasterer including H&H Plastering, Inc. If the EIFS exclusion was omitted, the risk would not have been acceptable and the second renewal policy would not have been issued.

22. The omission of the EIFS exclusion from the general liability declaration pages of the first renewal and the second renewal of Policy No. No. IC10019414 00 00 was in error and contrary to the Underwriting Guidelines for the risk. The EIFS exclusion was not deleted from the policies upon either renewal.

23. The underwriting guidelines for the Artisan Insurance Program which mandated use of the EIFS exclusion for all plastering insureds continued and remained in force through the date of the second renewal on Policy No. IC10019414 00 00, October 1, 2000.

24. The underwriting guidelines for the Artisan Insurance Program were revised effective December, 2000, after the second renewal policy effective date, October 1, 2000, and the EIFS exclusion continued to remain a mandatory form for use on policies issued to plastering subcontractors. Attached hereto as Exhibit "J" is a true and correct copy of the ARTISAN INSURANCE PROGRAM Drywall and/or Plastering Contractor UNDERWRITING GUIDE Edition 12/98.

The Guide provided in part, at page 2:

"PART III: COVERAGE CONSIDERATIONS
The following classifications, pricing and coverage guidelines are unique to this program and shall be used on accounts that are participating in the program.
GL

- Drywall or Wallboard Installation (92338)
- Plastering or Stucco Work (98449)

\* \* \*

**Mandatory Exclusion** – The following exclusion will be included on all accounts written under the program – Product-Complete Operations hazard associated with EIFS (Exterior Insulation Finish System) using the ISO endorsement "Exclusion -Designated Work (CG2134)"

25.     The underwriting guidelines for the Artisan Insurance Program were revised effective August 2001.  Attached hereto as Exhibit "K" is a true and correct copy of the ARTISAN INSURANCE UNDERWRITING PROGRAM GUIDELINES HDR INSURANCE SERVICES FOR Drywall and/or Plastering Contractor Edition Dated: 8/01.  The Guide provided in part, at page 7 of 41:

> "**COVERAGE CONSIDERATIONS**
>
> The following classifications, pricing and coverage guidelines are unique to this program and shall be used on accounts that are participating in the program.
>
> **General Liability**
> - Drywall or Wallboard Installation (92338)
> - Plastering or Stucco Work (98449)
>
>                      \* \* \*
>
> **Mandatory Exclusion** – The following exclusion will be included on all accounts written under the program – Product-Complete Operations hazard associated with EIFS (Exterior Insulation Finish System) using the ISO endorsement "Exclusion -Designated Work (CG2134)"

26.     Attached hereto as Exhibit "L" is a true and correct copy of a September 6, 2001 underwriting file note prepared prior to expiration of the October 1, 2000-(Continuous) policy states,

> "Per email from agent EIFS and condo work is in the past – agent understands policy has exclusion – no current or future work."

27.     It was clearly understood and required that the EIFS exclusion, which was a part of the coverage for H&H Plastering, Inc. over the three previous years, was to remain a part of and be included in the new policy.

28.     Policy No. IC10019414 02 00 in force for the period October 1, 2000 – (Continuous) was non-renewed on the October 1, 2001 renewal anniversary.  Coverage for H&H Plastering, Inc. was rewritten under a new policy, Policy No. 1C10021378-00-00.  Policy No. IC 10021378 00 00, had a policy period of "October 1, 2001 to (Continuous)".  Policy No.

IC 10021378 00 00 did include the EIFS exclusion, consistent with and as required by the Artisan Insurance Program December 2000 Underwriting Guidelines and ARTISAN INSURANCE UNDERWRITING PROGRAM GUIDELINES HDR INSURANCE SERVICES FOR Drywall and/or Plastering Contractor Edition Dated: 8/01. Attached here to as Exhibit "M" is a true and correct copy of portions of the certified original Policy No. IC10021378 00 00.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this **27** day of March, 2008 at Sacramento, California.

_____
David Daniels