EXHIBIT A

**Karen Meltvedt-Brown**

| | |
|---|---|
| **From:** | David Cast |
| **Sent:** | Monday, April 20, 1998 9:04 AM |
| **To:** | Barbara Neal; David Boge; Deborah Phipps; Grady Trowbridge; Jennifer Maasberg; Kathye Zirkle; Kerri Van Maren; Michelle St Laurent; Nancy Roediger; Sunday Elliott |
| **Cc:** | David Daniels; George Hill; Lenard Robinson; Management Team |
| **Subject:** | Underwriting Notes '98-7 (EIFs) |

Background/Overview:

The video on the installation of the EIFs system, and the comments by the HDR principals as to their concerns on our covering this exposure provide the background for our position to NOT provide Products/Completed Operations Coverage for EIFs work. In order to accomplish this objective you will need to attach the endorsement CG 21 34 01 87 (EIFs) to all policies that are identified as have a potential for the EIFs exposure.

Underwriting:

Classes that may have the exposure - Primarily the Exterior Plastering/Stucco (98449) class will have this exposure and the endorsement MUST be applied when this class is on the policy. The Drywall Wall (92338) contractors may have the exposure and the endorsement should be applied in situations where you can not make a sound determination.

If the account is currently doing (EIFs) work the account must be discussed with the Underwriting VP or an HDR principal. It is doubtful that we would want to insure them unless they have coverage for the Product/Completed Operations exposure in another market.

Since the endorsement is restrictive you need to be sure that the insured/agent is aware that it will be utilized. On New Business the endorsement is effective immediately and should be included with the quote. On the renewals we need to let the insured/agent know that we will be utilizing the endorsement.



CG 21 34 01 87
(EIFs)

EXHIBIT B

## ARTISAN-PAK INSTRUCTION SHEET

*Keep in file*

Named Insured: _H & H Plastering_    Policy Number: _____

| | | |
|---|---|---|
| New Business | ☐ Effective Date | Agent _____ |
| Renewal | ☐ Effective Date | Location _____ |
| Endorsement | ☒ Effective Date  _10/1/98_ | |

Commission _____

**Order the Following:**

| | |
|---|---|
| Inspection | |
| Financials | |
| Loss Runs | |
| MVR'S/Drivers | |
| Other/Explain | |

**Monthly Rate/Premium**      **Line of Business**                         **Est. Annual Premium**

| | | |
|---|---|---|
| _____ | ☐ General Liability $ _____ | Est. Annual Gross Receipts $ _____ |
| _____ | ☐ Property | Minimum Annual Premium $ _____ |
| _____ | ☐ Automobile | Deposit Premium $ _____ |
| _____ | ☐ Other-Explain _____ | Deposit Due By: _____ |

**Misc Charges:**

| Coverage | Estimated Exposure | Rate | Est. Annual Prem |
|---|---|---|---|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

*Done 11/10/98*

**GENERAL INSTRUCTIONS**

↓ Class code
98449 - 942,800

① It head out to Mike R.
@ CC
Carla ② forward Monthly report to Mike Robertson

Included in file
APPLICATION
MVR
LOSSES
Contractors Lic
Justification
Warranties

Date Authorized ☒ Authorized in Insurance Pro System By: _____

_11/10/98_

Reviewed By: ☐ Policy reviewed for quality/accuracy _____

Date _____

☐ Return to Agent for Delivery

☐ Return to UW for Delivery    IGN 0513

9075

EXHIBIT C

## CONTRACTORS

H&HPL - 1

| EXPLAIN ALL "YES" RESPONSES (For past ██████) | | YES | NO | EXPLAIN ALL "YES" RESPONSES (███ ██sent operations) | YES | NO |
|---|---|---|---|---|---|---|
| 1. DOES APPLICANT DRAW PLANS, DESIGNS, OR ██████ | | | X | 4. DO YOUR SUBCONTRACTORS ████ ARRY COVERAGES OR LIMITS LESS THAN YOURS? | | X |
| 2. DO ANY OPERATIONS INCLUDE BLASTING OR UTILIZE OR STORE EXPLOSIVE MATERIAL? | | | X | 5. ARE SUBCONTRACTORS ALLOWED TO WORK W/O CERT OF INS? | | X |
| 3. DO ANY OPERATIONS INCLUDE EXCAVATION, TUNNELING, UNDERGROUND WORK OR EARTH MOVING? | | | X | 6. DOES APPLICANT LEASE EQUIPMENT TO OTHERS WITH OR WITHOUT OPERATORS? | | X |

| REMARKS/DESCRIBE THE TYPE OF WORK SUBCONTRACTED | $ PAID TO SUB-CONTRACTORS: | % OF WORK SUBCONTRACTED: <6 | # FULL TIME STAFF: 38 | # PART-TIME STAFF: 0 |
|---|---|---|---|---|

```
      Specialty trade work and
      erection of scaffolding


      Type of work subcontracted remarks:
      None
```

## PRODUCTS/COMPLETED OPERATIONS

| PRODUCTS | ANNUAL GROSS SALES | # OF UNITS | TIME IN MARKET | EXPECTED LIFE | INTENDED USE | PRINCIPAL COMPONENTS |
|---|---|---|---|---|---|---|
| Plastering | 3600000 | | | | Commercial | |
| | | | | | | |
| | | | | | | |

| EXPLAIN ALL "YES" RESPONSES (For any past or present product or operation) | YES | NO | EXPLAIN ALL "YES" RESPONSES (For any past or present product or operation) | YES | NO |
|---|---|---|---|---|---|
| 1. DOES APPLICANT INSTALL, SERVICE OR DEMONSTRATE PRODUCTS? | | X | 6. PRODUCTS RECALLED, DISCONTINUED, CHANGED? | | X |
| 2. FOREIGN PRODUCTS SOLD, DISTRIBUTED, USED AS COMPONENTS? | | X | 7. PRODUCTS OF OTHERS SOLD OR RE-PACKAGED UNDER APPLICANT LABEL? | | X |
| 3. RESEARCH AND DEVELOPMENT CONDUCTED OR NEW PRODUCTS PLANNED? | | X | 8. PRODUCTS UNDER LABEL OF OTHERS? | | X |
| 4. GUARANTEES, WARRANTIES, HOLD HARMLESS AGREEMENTS? | | X | 9. VENDORS COVERAGE REQUIRED? | | X |
| 5. PRODUCTS RELATED TO AIRCRAFT/SPACE INDUSTRY? | | X | 10. DOES ANY NAMED INSURED SELL TO OTHER NAMED INSUREDS? | | X |

PLEASE ATTACH LITERATURE, BROCHURES, LABELS, WARNINGS, ETC

```
      None available
```

## ADDITIONAL INTERESTS/CERTIFICATE RECIPIENTS (Attach ACORD 45 for additional names)

| INTEREST | RANK: | NAME AND ADDRESS | REFERENCE #: | | CERTIFICATE REQUIRED | INTEREST IN ITEM NUMBER |
|---|---|---|---|---|---|---|
| ADDITIONAL INSURED | | | | | | LOCATION: BUILDING: |
| LOSS PAYEE | | | | | | VEHICLE: BOAT: |
| MORTGAGEE | | | | | | SCHEDULED ITEM NUMBER: |
| LIENHOLDER | | | | | | OTHER |
| EMPLOYEE AS LESSOR | | | | | | |
| | | ITEM DESCRIPTION: | | | | |

## GENERAL INFORMATION

| EXPLAIN ALL "YES" RESPONSES (For all past or present operations) | YES | NO | EXPLAIN ALL "YES" RESPONSES (For all past or present operations) | YES | NO |
|---|---|---|---|---|---|
| 1. ANY MEDICAL FACILITIES PROVIDED OR MEDICAL PROFESSIONALS EMPLOYED OR CONTRACTED? | | X | 12. ANY STRUCTURAL ALTERATIONS CONTEMPLATED? | | X |
| 2. ANY EXPOSURE TO RADIOACTIVE/NUCLEAR MATERIALS? | | X | 13. ANY DEMOLITION EXPOSURE CONTEMPLATED? | | X |
| 3. DO/HAVE PAST, PRESENT OR DISCONTINUED OPERATIONS INVOLVE(D) STORING, TREATING, DISCHARGING, APPLYING, DISPOSING, OR TRANSPORTING OF HAZARDOUS MATERIAL? (e.g. landfills, wastes, fuel tanks, etc) | | X | 14. HAS APPLICANT BEEN ACTIVE IN OR IS CURRENTLY ACTIVE IN JOINT VENTURES? | | X |
| 4. ANY OPERATIONS SOLD, ACQUIRED, OR DISCONTINUED IN LAST 5 YEARS? | | X | 15. DO YOU LEASE EMPLOYEES TO OR FROM OTHER EMPLOYERS? | | X |
| 5. MACHINERY OR EQUIPMENT LOANED OR RENTED TO OTHERS? | | X | 16. IS THERE A LABOR INTERCHANGE WITH ANY OTHER BUSINESS OR SUBSIDIARIES? | | X |
| 6. ANY WATERCRAFT, DOCKS, FLOATS OWNED, HIRED OR LEASED? | | X | 17. ANY DAY CARE FACILITIES OPERATED OR CONTROLLED? | | X |
| 7. ANY PARKING FACILITIES OWNED/RENTED? | | X | 18. HAVE ANY CRIMES OCCURRED OR BEEN ATTEMPTED ON YOUR PREMISES WITHIN THE LAST THREE YEARS? | | X |
| 8. IS A FEE CHARGED FOR PARKING? | | X | 19. IS THERE A FORMAL WRITTEN SAFETY AND SECURITY POLICY IN EFFECT? | | X |
| 9. RECREATION FACILITIES PROVIDED? | | X | 20. DOES THE BUSINESSES PROMOTIONAL LITERATURE MAKE ANY REPRESENTATIONS ABOUT THE SAFETY OR SECURITY OF THE PREMISES? | | X |
| 10. IS THERE A SWIMMING POOL ON THE PREMISES? | | X | | | |
| 11. SPORTING OR SOCIAL EVENTS SPONSORED? | | X | | | |

REMARKS

```
      ***QUOTE AS AN OPTION:  COVERAGE FOR "EFIS", THE SYNTHETIC STUCCO
      PRODUCT***      BLANKET ADDITIONAL INSURED - FORM CG20101185 - WITH
      PRIMARY AND NON-CONTRIBUTORY WORDING.  BLANKET WAIVER OF SUBROGATION
```

ACORD 126-S (1/97)                    ATTACH TO APPLICANT INFORMATION SECTION

EXHIBIT D

THIS IS A CERTIFIED TRUE
AND CORRECT COPY OF
THE ORIGINAL

*[signature]*
SIGNATURE    *COPIER Customer Service*    TITLE

# INSCORP

### The Insurance Corporation of New York

Jericho, New York

**This policy consists of the declarations and one or more coverage parts, coverage forms, special provisions applicable to all coverage parts and endorsements, if any, which are issued to complete this policy.**

**It is important that you read your entire policy carefully.  Please be sure to look at your  declarations to confirm the exact coverages and limits that you have purchased.**

In Witness Whereof, we have caused this policy to be executed and attested, and if required by state law, this policy shall not be valid unless countersigned by our authorized representative.

*[signature]* _____
**Secretary**

*[signature]* _____
**President**

**Common Policy Declaration**

Policy #CA IC10019414 00 00



The Insurance Corporation of New York

## Policy #CA IC10019414 00 00

## Policy Period: October 1, 1998 to (Continuous)

In return for the payment of the premium, and subject to all of the terms and conditions of this policy, we agree to provide the insurance as stated in this policy. This policy provides only those coverages shown in the declarations which are made a part of this policy.

Unless stated elsewhere, this policy is effective at 12:01 a.m. at the mailing address shown below. If the policy period is shown above as "continuous", the policy continues until it is non-renewed at the annual anniversary of the effective date or cancelled.

**First Named Insured:**

H & H Plastering, Inc.
5680 Boscell Common
Fremont, CA  . 94538

**Agent:**

California Insurance Center
1340 Treat Boulevard 480
Walnut Creek, CA   94596

**Business Type:**              Corporation
**Description of Operations:**  Artisan Contractor/Drywall
**Mortgage Holders:**           See Mortgage Holders Schedule in certificate file.

**Coverage Parts:**

Business Auto
Commercial Crime
Commercial Property
Commercial General Liability
Commercial Inland Marine

IC IL 20 61 03 97

The Insurance Corporation of New York

ICN 0603

**Common Policy Declaration** (continued)

Policy #CA IC10019414 00 0O

## General Provisions

### Applicable Forms and Endorsements

| | |
|---|---|
| IC IL 11 30 03 97 | Continuous And Progressive Injury Limitations |
| IC IL 99 01 03 97 | Policy Jacket |
| IC IL 19 63 03 97 | Locations Schedule |
| IC CG 20 61 03 97 | Commercial General Liability Declaration |
| IC IL 11 03 03 97 | Legal Action Against Us ( Damages Recoverable, Liability For Attorneys Fees) |
| IC IM 20 61 03 97 | Commercial Inland Marine Declaration |
| IC CP 20 61 03 97 | Commercial Property Declaration |
| IC IL 11 04 03 97 | Calculation Of Premium - Continuous Policies |
| IC IL 20 61 03 97 | Common Policy Declaration |
| IC IL 11 60 03 97 | Premium Determination Endorsement |
| IC IL 11 67 03 97 | Insureds Schedule |
| IC CR 20 61 03 97 | Commercial Crime Declaration |
| IC CA 20 61 03 97 | Business Auto Declarations |
| IL 02 70 02 94 | California Changes - Cancellation And Nonrenewal |
| IL 00 21 11 94 | Nuclear Energy Liability Exclusion Endorsement ( Broad Form) |
| IC IL 11 05 03 97 | Asbestos And Other Pollutants Exclusion |
| IL 00 17 11 85 | Common Policy Conditions |

## Policy Change History

| Change # | Effective | Process date/time |
|---|---|---|
| 03 | 10/01/98 | 11/10/1998, 8:53 AM |
| 02 | 10/01/98 | 11/5/1998, 2:53 PM |
| 01 | 10/01/98 | 11/5/1998, 8:53 AM |
| 00 | 10/01/98 | 10/29/1998, 4:13 PM |

These declarations pages, policy provisions, and endorsements, if any, issued to form a part thereof, complete this policy.

IC IL 20 61 03 97

The Insurance Corporation of New York

 

## Commercial General Liability Declaration

Policy #CA IC10019414 00 0O

Insurance is provided only for those coverages and limits shown below.

| Description | Limit of Insurance |
|---|---|
| General Aggregate Liability Limit (Other Than Products-Completed Operations) | $2,000,00O |
| Products-Completed Operations Aggregate Liability Limit | $2,000,00O |
| Each Occurrence Limit | $1,000,00O |
| Personal And Advertising Injury Liability Limit | $1,000,00O |
| Tenant's Real Property Legal Liability | $50,000 Any One Occurrence |
| Medical Expense Limit - Any One Person | $5,00O |
| Limited Pollution Coverage-"Work Sites" | $100,000 Each Pollution Incident |
| Per Claim Deductible Applies to Property Damage | $500/$12,500 |

### Applicable Forms and Endorsements

| | |
|---|---|
| IC CG 04 15 03 97 | Employee Benefits Liability Coverage - Limited Form (occurrence Form) |
| IC CG 21 24 03 97 | Automatic Additional Insureds - Construction Contracts |
| CG 21 47 09 89 | Employment - Related Practices Exclusion |
| IC CG 20 15 03 97 | Additional Insured - Primary Coverage |
| CG 25 03 11 85 | Amendment - Aggregate Limits Of Insurance ( Per Project) |
| CG 24 01 11 85 | Non-binding Arbitration |
| CG 00 01 11 88 | Commercial General Liability Coverage Form |
| CG 03 00 11 85 | Deductible Liability Insurance |
| IC CG 21 21 03 97 | Subsidence Exclusion |
| IC CG 21 23 03 97 | Limited Pollution Coverage - Work Sites |
| IC CG 21 22 03 97 | Exclusion - Lead ( Including Products - Completed Operations Hazard) |
| IC CG 21 20 03 97 | Asbestos Exclusion |
| IC CG 03 04 03 97 | Deductible Reimbursement Endorsement |
| IC CG 04 06 03 97 | Tenants Real Property Legal Liability |
| CG 20 10 10 93 | Additional Insured - Owners, Lessees Or Contractors ( Form B) |
| CG 21 34 01 87 (EIFS) | Exclusion - Designated Work |

**ICN 0634**

IC CG 20 61 03 97

The Insurance Corporation of New York

POLICY NUMBER:

COMMERCIAL GENERAL LIABILITY

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# EXCLUSION-DESIGNATED WORK

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

---

**SCHEDULE**

---

Description of your work:

1.  The design, manufacture, construction, fabrication, preparation, installation, application, maintenance or repair, including remodeling, service, correction, or replacement, of an "exterior insulation and finish system" (commonly referred to as synthetic stucco) or any part thereof, or any substantially similar system or any part thereof, including the application or use of conditioners, primers, accessories, flashings, coatings, caulkings or sealants in connection with such a system.

2.  Any work or operations with respect to any exterior component, fixture or feature of any structure in an "exterior insulation and finish system" is used on any part of that structure.

This exclusion applies to "your work" described in Paragraph 1. or Paragraph 2. above performed by you or on your behalf.

For the purposes of this endorsement, an "exterior insulation and finish system" means an exterior cladding or finish system used on any part of any structure, and consisting of:

    a)  a rigid or semi rigid insulation board made of expanded polystyrene or other materials and

    b)  the adhesive and/or mechanical fasteners used to attach the insulation board to the substrate, and

    c)  a reinforced base coat, and

    d)  a finish coat providing surface texture and color.

---

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

This insurance does not apply to "bodily injury" or "property damage" included in the "products-completed operations hazard" and arising out of "your work" shown in the Schedule.

**ICN 0651**

CG 21 34 01 87 (EIFS)

EXHIBIT E

State/Policy #: _CA–1921_    County _Alameda_    Agency _CIC_

# ARTISAN PAK UNDERWRITING CHECKLIST -- Renewal

Named Insured: _H & H Plastering, Inc._    Effective Date: _10-1-9*_

Final Price: $ _____

Schedule Mod.: _-25 / -25_    Sch Mod Just _____ _38%_    EAP: $ _17,259_

Experience Mod.: _-35 / -35_    Losses Reviewed _yes 0/9548_    Prior EAP: $ _17061._

Total Mod.: _-60 / -60_    #yrs in Program _11_    Umb/Xs: _2144 /_

✓ Description of operations on-line and meets underwriting guidelines. _Plaster, org_

✓ Contractors License number: _# 446373_    #yrs in bus. _17_    Type _C-35_

% Res _2_    % Com _98_    Exp Date: _9-30  3000_

Sole _____    Corp ✓    Partnership _____

%Svc _____    %Remdel _5_    %New _95_    %Repair _____

✓ GL• Classes match Description of Operations    Limit: _1-2_    PD Ded _500 /12:_

| | Classes | Payroll | | |
|---|---|---|---|---|
| O $ _9075_ | _98949_ | _942,800_ | Gross _4,500,000_ | Rate _2.03/ 2-01_ |
| N $ _9062_ | _91585_ | _233,660_ | Tenants _____ | Stop Gap _____ |
| | _____ | _____ | Emp Ben _43_ | PopUp _____ |
| | _____ | _____ | Lmt Pol ✓ | Lesr Rsk _____ |
| | | | | Herb/Pest _____ |

✓ Auto• MVR's• Vehicles classed/rated correctly (Full VIN #'s)

O $ _5675_    # of: PPT's _3_    Trucks _5_    Trailers _____    Drivers _5_

N $ _5409_    Limit _1m_    UM/UIM Limit _1m_    NonOwned & Hired _1.P.9._    Run Date _____

✓ Prop• If there is Building Coverage, is the cost per foot² within our guidelines?    _cost sq ft ck_

O $ _1154:_    Age of Building _15_    Building _550.000_

N $ _1209_    Sq Ft _5000_    PPC _2_    BPP _80.000_

Const _JM_    Broadened _yes_  # Vehs _8_    Bus Int _80.000_    _CnA 55000  C/00000_  _B 25000_

✓ IM• Contr Equip _71000_    Rntd/Lsd _25000/5°_  Installation _25000_    EDP-Equip _50.000_

O $ _982_    Misc Tools _10,000_    Rntl Reim _5000_    In Transit _25000_    Media _25,000_

N $ _885_    Val Papers _____    Acc'ts Rec _____    Temp Stor _25000_    EE _25,000_

✓ CR•    Form A _50.000_    Form B _50.000_    Form C _10.000_    Other _____

O $ _175_

N $ _494_    UMB/XS Limit _2_

Actual Gross Receipts: $ _4,368,386._    NOCs _____

Forms: _CG 3503 –_

No Res'l Cost    1) Scion H Eq. or Prate

1 Cancel 1 yr.    2) No Drive Listed

Exclude EIFS    ↳ ordered 9/23

3) Other drivers?

put ████████ onal 6 mo Watch. Any add'l violation will

result in his exclusion @ the removal of his

Vehicle

Referral to: _Sunday Sander_    Reason _Prem_    Date _8/24/9_

Underwriter: _____    Date _____

## Drivers Schedule



**Insured: 290000065**

H & H Plastering, Inc.
Fremont
Client

**Printed**

9/23/1999
10:38:38
Michelle Storey

| Driver Name | | DOB | Hired | Added | Deleted |
|---|---|---|---|---|---|
| ███ | ███ ③ | ███ | | ] [Points | ] |
| | | 00/00/00 | 00/00/00 | 00/00/00 | 00/00/00 |
| ███ | ███ C | ███ | | ] [Points | ] |
| | | 00/00/00 | 00/00/00 | 00/00/00 | 00/00/00 |
| ███ | ███ ① | ███ | | ] [Points | ] |
| | | 00/00/00 | 00/00/00 | 00/00/00 | 00/00/00 |
| ███ | ███ ① | ███ | | ] [Points | ] |
| | | 00/00/00 | 00/00/00 | 00/00/00 | 00/00/00 |
| ███ | ███ ① | ███ | | ] [Points | ] |
| | | 00/00/00 | 00/00/00 | 00/00/00 | 00/00/00 |

6 mo watch

ICN 0410

EXHIBIT F

# ARTISAN INSURANCE PROGRAM
## Drywall and/or Plastering Contractor
## UNDERWRITING GUIDE
### Edition 12/98

## MARKET DESCRIPTION

Contractors who specialize in drywall, stucco, plastering and acoustical installation including taping, texturing and painting as part of the total contract/project part.

## PART 1: ELIGIBILITY

### A.    Eligible Risks

- Only the business/activity of installation and plastering/stucco/acoustical contractors including related operations.

- 90% or more of their work (as measured by payroll) is in drywall installation and plastering/stucco contractors including related operations.

- Interior painting, texturing or plastering is eligible if it is part of the drywall operation.

- Must have current and active specialty contractor's license number C-9.

### B.    Ineligible Risks

- Ancillary activities (subsidiary business and personal exposures).

- Work as a General Contractor.

- Work involving exterior framing, structural or load bearing studs.

- Discontinued operations (unless INSCORP or American Eagle has been the insurer for at least the prior 5 years).

- New construction or conversion work in the past 10 years to Condominiums, Townhouse or Home Owner Associations.

## PART II: UNDERWRITING CRITERIA

In addition to meeting the above eligibility requirements, all acceptable risks must meet the following underwriting criteria:

- Service and repair ONLY is OK for Condominiums, Townhouse or HOA work.

# ARTISAN INSURANCE PROGRAM
## Drywall and/or Plastering Contractor
## UNDERWRITING GUIDE
### Edition 12/98

- Only incidental (less than 10%) subcontracting is permitted to cover electricians and plumbers on remodeling work.

- No structural load bearing walls. e.g. Installation or alteration.

- All jobsites must have some physical barrier or warning.

- No renting or lending of scaffolding to others.

## PART III:  COVERAGE CONSIDERATIONS

The following classification, pricing and coverage guidelines are unique to this program and shall be used on accounts that are participating in the program.

- Drywall or Wallboard Installation (92338)

- Plastering or Stucco Work (98449)

- **Mandatory GLPD Deductible** (Plastering Operations)-minimum of $250 per claim with a mandatory minimum of 25 times for the Aggregate e.g., $1,000 Per Claim/$25,000 Aggregate.

- **Mandatory Exclusion** - All insureds with a Plastering/Stucco exposure must exclude the Product-Completed Operations hazard associated with EIFS (Exterior Insulation Finish System) using the ISO endorsement "Exclusion-Designated Work (CG 21 34 )" with the Description of Your Work completed as per the attached sample.

## REFER TO COMMON RULES FOR FURTHER UNDERWRITING CRITERIA

EXHIBIT G

# Loss Analysis for A⬤ - Oct 2000 Renewals ⬤                    Page 65

01/01/97 through 06/30/2000 using EP thru 06/30/2000 and losses thru 06/30/    Anne Lehman 07/11/2000 15:05

Continued from previous page...

290000065 H & H Plastering, In  Prdcr: 234 California Insura  CSR: 324 Pixy Charleswo
X Other:
09/23/99 11:21 Michelle Storey
UNDERWRITING REFERRAL FORM


Effective Date:    10/1/99                    Server #  4
Renewal Premium:  $17,259    Agent: CIC
Criteria for HDR Referral (prior to quoting) to UND MGR (#1016):
___ Account > $40,000 modified premium
___ Twenty-five or more scheduled vehicles
___ Three year pure loss ratio > 65%
___ New ventures > $10,000
Criteria For Referral (after the fact):
___ Account > $75,000 modified premium
___ Total modification on New Business > 50%
___ Total modification change on Renewals +/-5%
___ TIV for Property or Inland Marine > 1.5 Mil

*3 open GL claims*
*√ Status prior to renewing*
*need GL Rate increase*

*MLS*

Criteria for Referral (prior to quoting) to INSCORP (#593):
___ One year pure loss ratio >= 100%
___ LICA - new business >=  $25,000
___ TIV for Property or Inland Marine >1.9 Mil
Criteria for Referral (after the fact):
X Total Modification on New Business or Renewals @ Max.Sch. & Exp. Credits.


Specific Class Criteria
Commercial plastering contractor in business for 17 yrs.  We have insured for the
past year.  Loss ratio is good, 3 yrs at 38%.  Only one small claim ($83) in the
past year that we have insured them.  Ratio of payroll to receipts is OK.  There are
8 vehicles and 5 listed drivers.  MVR's have been ordered and will review upon
receipt.  Will inquire as to any other drivers.


Comments:  (consider: pricing, schedule modifications, Umb/XS, quoted?, etc.)
Last years price was $17,061 with a 2.02 rate.  There was full exp and sched
credit.  There was a $2M Excess at $2,144.
No significant changes at renewal.  A few small alterations here and there.
Renewal price is  $17,259 with a 2.01 rate.  Credits same as last year.  $2M Excess
is at $2,783.


Reviewer's Comments:
Reviewed by: Neil Greener
Schedule credits updated based on current file information. Hard copy loss

EXHIBIT H

**Common Policy Declaration**

Policy #CA IC10019414 01  00

## INSCORP
The Insurance Corporation of New York

THIS IS A CERTIFIED TRUE
AND CORRECT COPY OF
THE ORIGINAL

*[signature]*
SIGNATURE                    TITLE

### Policy #CA IC10019414 01 00

### Policy Period: October 1, 1999 to (Continuous)

In return for the payment of the premium, and subject to all of the terms and conditions of this policy, we agree to provide the insurance as stated in this policy.  This policy provides only those coverages shown in the declarations which are made a part of this policy.

Unless stated elsewhere, this policy is effective at 12:01 a.m. at the mailing address shown below.  If the policy period is shown above as "continuous", the policy continues until it is non-renewed at the annual anniversary of the effective date or cancelled.

**First Named Insured:**

H & H Plastering, Inc.
5680 Boscell Common
Fremont, CA    94538

**Agent:**

California Insurance Center
1340 Treat Boulevard 480
Walnut Creek, CA   94596

**Business Type:**
**Description of Operations:**
**Mortgage Holders:**

Corporation
Artisan Contractor/Drywall
See Mortgage Holders Schedule in certificate file.

**Coverage Parts:**

Business Auto
Commercial Crime
Commercial Property
Commercial General Liability
Commercial Inland Marine

IC IL 20 61 03 97

The Insurance Corporation of New York

**Common Policy Declaration** (continued)                    Policy #CA IC10019414 01 00

## General Provisions

### Applicable Forms and Endorsements

| | |
|---|---|
| IC CA 20 61 03 97 | Business Auto Declarations |
| IC IL 11 30 03 97 | Continuous And Progressive Injury Limitations |
| IC IL 99 01 03 97 | Policy Jacket |
| IC IL 19 63 03 97 | Locations Schedule |
| IC CG 20 61 03 97 | Commercial General Liability Declaration |
| IC IL 11 03 03 97 | Legal Action Against Us ( Damages Recoverable, Liability For Attorneys Fees) |
| IC CR 20 61 03 97 | Commercial Crime Declaration |
| IC IM 20 61 03 97 | Commercial Inland Marine Declaration |
| IC CP 20 61 03 97 | Commercial Property Declaration |
| IC IL 11 04 03 97 | Calculation Of Premium - Continuous Policies |
| IC IL 20 61 03 97 | Common Policy Declaration |
| IC IL 11 60 03 97 | Premium Determination Endorsement |
| IC IL 11 67 03 97 | Insureds Schedule |
| IL 00 21 11 94 | Nuclear Energy Liability Exclusion Endorsement ( Broad Form) |
| IC IL 11 05 03 97 | Asbestos And Other Pollutants Exclusion |
| IL 00 17 11 85 | Common Policy Conditions |
| IL 09 35 04 98 | Exclusion Of Certain Computer - Related Losses |
| IL 02 70 08 97 | California Changes - Cancellation And Nonrenewal |

## Policy Change History

| Change # | Effective | Process date/time |
|---|---|---|
| 01 | 05/25/2000 | 6/14/2000, 8:12 AM |
| 00 | 10/01/99 | 10/28/1999, 12:48 PM |

These declarations pages, policy provisions, and endorsements, if any, issued to form a part thereof, complete this policy.

IC IL 20 61 03 97

The Insurance Corporation of New York

## Commercial General Liability Declaration

Policy #CA IC10019414 01 00

Insurance is provided only for those coverages and limits shown below.

| Description | Limit of Insurance |
|---|---|
| General Aggregate Liability Limit (Other Than Products-Completed Operations) | $2,000,000 |
| Products-Completed Operations Aggregate Liability Limit | $2,000,000 |
| Each Occurrence Limit | $1,000,000 |
| Personal And Advertising Injury Liability Limit | $1,000,000 |
| Tenant's Real Property Legal Liability | $50,000 Any One Occurrence |
| Medical Expense Limit - Any One Person | $5,000 |
| Employee Benefit Coverage | Same as the CGL Each Occurrence/General Aggregate limits of Insurance. |
| Limited Pollution Coverage-"Work Sites" | $100,000 Each Pollution Incident |
| Per Claim Deductible Applies to Property Damage | $500/$12,500 |

### Applicable Forms and Endorsements

| | |
|---|---|
| IC CG 04 15 03 97 | Employee Benefits Liability Coverage - Limited Form (occurrence Form) |
| IC CG 21 24 03 97 | Automatic Additional Insureds - Construction Contracts |
| CG 21 47 09 89 | Employment - Related Practices Exclusion |
| IC CG 20 15 03 97 | Additional Insured - Primary Coverage |
| CG 25 03 11 85 | Amendment - Aggregate Limits Of Insurance ( Per Project) |
| CG 24 01 11 85 | Non-binding Arbitration |
| CG 00 01 11 88 | Commercial General Liability Coverage Form |
| CG 03 00 11 85 | Deductible Liability Insurance |
| IC CG 21 23 03 97 | Limited Pollution Coverage - Work Sites |
| IC CG 21 22 03 97 | Exclusion - Lead ( Including Products - Completed Operations Hazard) |
| IC CG 21 20 03 97 | Asbestos Exclusion |
| IC CG 03 04 03 97 | Deductible Reimbursement Endorsement |
| IC CG 04 06 03 97 | Tenants Real Property Legal Liability |
| IC CG 21 21 03 97 | Subsidence Exclusion |
| CG 21 60 04 98 | Exclusion - Year 2000 Computer - Related And Other Electronic Problems |

**ICN 0758**

IC CG 20 61 03 97

The Insurance Corporation of New York

EXHIBIT I

**Common Policy Declaration**

Policy #CA IC10019414 02 00

# INSCORP
The Insurance Corporation of New York

THIS IS A CERTIFIED TRUE
AND CORRECT COPY OF
THE ORIGINAL

*[signature]*

SIGNATURE                    TITLE
*EVP for Insurance Services*

### Policy #CA IC10019414 02 00

## Policy Period: October 1, 2000 to (Continuous)

In return for the payment of the premium, and subject to all of the terms and conditions of this policy, we agree to provide the insurance as stated in this policy. This policy provides only those coverages shown in the declarations which are made a part of this policy.

Unless stated elsewhere, this policy is effective at 12:01 a.m. at the mailing address shown below. If the policy period is shown above as "continuous", the policy continues until it is non-renewed at the annual anniversary of the effective date or cancelled.

### First Named Insured:

H & H Plastering, Inc.
5680 Boscell Common
Fremont, CA    94538

### Agent:

California Insurance Center
1340 Treat Boulevard 480
Walnut Creek, CA    94596

**Business Type:**
**Description of Operations:**
**Mortgage Holders:**

Corporation
Artisan Contractor/Drywall
See Mortgage Holders Schedule in certificate file.

### Coverage Parts:

Business Auto
Commercial Crime
Commercial Property
Commercial General Liability
Commercial Inland Marine

IC IL 20 61 05 97

The Insurance Corporation of New York

**Common Policy Declaration** (continued)                    Policy #CA IC10019414 02 00

## General Provisions

### Applicable Forms and Endorsements

| | |
|---|---|
| IC IM 20 61 03 97 | Commercial Inland Marine Declaration |
| IC IL 11 30 03 97 | Continuous And Progressive Injury Limitations |
| IC IL 99 01 03 97 | Policy Jacket |
| IC IL 19 63 03 97 | Locations Schedule |
| IC CG 20 61 03 97 | Commercial General Liability Declaration |
| IC IL 11 03 03 97 | Legal Action Against Us ( Damages Recoverable, Liability For Attorneys Fees) |
| IC CR 20 61 03 97 | Commercial Crime Declaration |
| IC IL 11 04 03 97 | Calculation Of Premium - Continuous Policies |
| IC IL 11 60 03 97 | Premium Determination Endorsement |
| IC IL 11 67 03 97 | Insureds Schedule |
| IC CA 20 61 03 97 | Business Auto Declarations |
| IL 00 21 11 94 | Nuclear Energy Liability Exclusion Endorsement ( Broad Form) |
| IC IL 11 05 03 97 | Asbestos And Other Pollutants Exclusion |
| IL 09 35 04 98 | Exclusion Of Certain Computer - Related Losses |
| IL 00 17 11 98 | Common Policy Conditions |
| IC CP 20 61 05 97 | Commercial Property Declaration |
| IC IL 20 61 05 97 | Common Policy Declaration |
| IL 02 70 04 98 | California Changes - Cancellation and Nonrenewal |

## Policy Change History

| Change # | Effective | Process date/time |
|---|---|---|
| 09 | 10/01/2001 | 10/11/2001, 7:52 AM |
| 08 | 08/17/2001 | 8/24/2001, 1:21 PM |
| 07 | 05/29/2001 | 6/26/2001, 11:41 AM |
| 06 | 05/29/2001 | 6/18/2001, 2:35 PM |
| 05 | 04/13/2001 | 4/19/2001, 7:56 AM |
| 04 | 02/19/2001 | 2/28/2001, 1:53 PM |
| 03 | 02/08/2001 | 2/9/2001, 8:46 AM |
| 02 | 12/10/2000 | 1/11/2001, 9:41 AM |
| 01 | 10/31/2000 | 10/31/2000, 12:49 PM |
| 00 | 10/01/2000 | 10/16/2000, 11:00 AM |

These declarations pages, policy provisions, and endorsements, if any, issued to form a part thereof, complete this policy.

IC IL 20 61 05 97                                    The Insurance Corporation of New York

# Commercial General Liability Declaration

Policy #CA IC10019414 02 00

Insurance is provided only for those coverages and limits shown below.

| Description | Limit of Insurance |
| --- | --- |
| General Aggregate Liability Limit (Other Than Products-Completed Operations) | $2,000,000 |
| Products-Completed Operations Aggregate Liability Limit | $2,000,000 |
| Each Occurrence Limit | $1,000,000 |
| Personal And Advertising Injury Liability Limit | $1,000,000 |
| Tenant's Real Property Legal Liability | $100,000 Any One Occurrence |
| Medical Expense Limit - Any One Person | $5,000 |
| Employee Benefit Coverage | Same as the CGL Each Occurrence/General Aggregate limits of Insurance. |
| Limited Pollution Coverage-"Work Sites" | $100,000 Each Pollution Incident |
| Per Claim Deductible Applies to Property Damage | $1,000/$12,500 |

### Applicable Forms and Endorsements

| | |
| --- | --- |
| IC CG 04 15 03 97 | Employee Benefits Liability Coverage - Limited Form (occurrence Form) |
| IC CG 21 24 03 97 | Automatic Additional Insureds - Construction Contracts |
| IC CG 20 15 03 97 | Additional Insured - Primary Coverage |
| IC CG 21 21 03 97 | Subsidence Exclusion |
| IC CG 21 23 03 97 | Limited Pollution Coverage - Work Sites |
| IC CG 21 20 03 97 | Asbestos Exclusion |
| IC CG 03 04 03 97 | Deductible Reimbursement Endorsement |
| IC CG 04 06 03 97 | Tenants Real Property Legal Liability |
| IC CG 21 22 03 97 | Exclusion - Lead ( Including Products - Completed Operations Hazard) |
| CG 21 60 04 98 | Exclusion - Year 2000 Computer - Related And Other Electronic Problems |
| CG 00 01 01 96 | Commercial General Liability Coverage Form |
| CG 21 47 07 98 | Employment - Related Practices Exclusion |
| CG 24 01 11 94 | Non-binding Arbitration |
| IC CG 03 00A 11 99 | Deductible Liability Insurance |
| CG 20 10 10 93 | Additional Insured - Owners, Lessees Or Contractors ( Form B) |

ICN 0806

IC CG 20 61 03 97

The Insurance Corporation of New York

EXHIBIT J

# ARTISAN INSURANCE PROGRAM
## Drywall and/or Plastering Contractor
## UNDERWRITING GUIDE
### Edition 12/00

## MARKET DESCRIPTION

Contractors who specialize in drywall, stucco, plastering and acoustical installation including taping, texturing and painting as part of the total contract/project part.

## PART 1: ELIGIBILITY

### A.    Eligible Risks

- Only the business/activity of drywall, stucco, plastering and acoustical work involving installation, service and repair will be covered.

- 90% or more of their work (as measured by payroll) is in drywall, stucco, plastering and acoustical installation, service and repair. The remaining 10% must be in related operations.

- Interior painting, texturing or plastering is eligible if it is part of the drywall operation.

- Must have current and active specialty contractor's license number C-9.

### B.    Ineligible Risks

- E I F S work (Exterior Insulation Finish System).

- Work involving exterior framing, structural or load bearing studs.

## PART II: UNDERWRITING CRITERIA

In addition to meeting the above eligibility requirements, all acceptable risks must meet the following underwriting criteria:

- Only incidental (less than 10%) subcontracting is permitted to cover electricians and plumbers on remodeling work.

- No structural load bearing walls.  e.g. Installation or alteration.

- All jobsites must have some physical barrier or warning.

- No renting or lending of scaffolding to others.

These are confidential and should not be given to anyone without HDR's written authorization.

**ARTISAN INSURANCE PROGRAM**
**Drywall and/or Plastering Contractor**
**UNDERWRITING GUIDE**
**Edition 12/00**

## PART III:  COVERAGE CONSIDERATIONS

The following classification, pricing and coverage guidelines are unique to this program and shall be used on accounts that are participating in the program.

**GL**

• Drywall or Wallboard Installation (92338)

• Plastering or Stucco Work (98449)

**PROPERTY**

• Contractors storage, use class code 0567

• Office, use class code 0702

**Mandatory GLPD Deductible** (Plastering Operations)-minimum of $500 per claim with a mandatory minimum of 25 times for the Aggregate. e.g. $1,000 Per Claim/$25,000 mandatory minimum of 25 times the per claim amount for the Aggregate e.g., $1,000 Per Claim/$25,000 Aggregate.

**Mandatory Exclusion** - The following exclusion will be included on all accounts written under this program - Product-Completed Operations hazard associated with EIFS (Exterior Insulation Finish System) using the ISO endorsement "Exclusion-Designated Work (CG2134)"

## REFER TO COMMON RULES FOR FURTHER UNDERWRITING CRITERIA

These are confidential and should not be given to anyone without HDR's written authorization.

EXHIBIT K



P.O. Box 13456
Sacramento, California 95813-3456

www.hdrins.com

(916) 566-1000 FAX: (916) 566-1060
customerservice@hdrins.com

# Artisan Insurance Program Underwriting Guidelines
HDR Insurance Services

**GUIDELINES**                                    **EDITION DATE**          **PAGE**

COMMON RULES ................................................................. 10/01 ........................ 2

STANDARD PROGRAMS

    DRYWALL/PLASTERING ..................................................... 8/01 ................ 7

    ELECTRICAL ................................................................. 8/01 ................ 9

    FENCING .................................................................... 8/01 ................ 11

    FLOOR COVERING ......................................................... 8/01 ................ 13

    GLAZIERS .................................................................. 8/01 ................ 15

    HEATING & AIR ............................................................ 8/01 ................ 18

    HOME INSTALLATION ...................................................... 8/01 ................ 21

    LANDSCAPING ............................................................. 8/01 ................ 23

    MASONRY AND TILE ....................................................... 8/01 ................ 25

    PAINTING AND PAPER HANGING ......................................... 8/01 ................ 27

    PLUMBING ................................................................. 8/01 ................ 29

    SWEEPER .................................................................. 8/01 ................ 31

    SWIMMING POOL .......................................................... 8/01 ................ 33

SPECIAL PROGRAMS   (SELECTED PRE-APPROVED AGENTS ONLY)

    LAND IMPROVEMENT (LIC) ................................................ 8/01 ................ 37

OTHER

    UMBRELLA AND EXCESS ................................................... 8/01 ................ 40

# COMMON RULES FOR ALL CLASSES
Edition Date: 10/01

## UNDERWRITING CRITERIA

In addition to meeting the specific program eligibility requirements, all acceptable risks must meet the following underwriting criteria. Exceptions to these requirements must be approved by the underwriting manager.

## PACKAGE POLICY

### A.  Common Rules

- Service and repair work ONLY for individual condominiums, townhomes, HOA's or any other common interest project.  No new construction or conversion work in the past 10 years to condominiums, townhomes, or HOA's.  No remodeling, capital repairs or corrective work to the original structure.

- Work performed on <u>new</u> housing tracks will require a minimum defense deductible of $2,500. Any exceptions must be referred to the underwriting manager.

- Explanation of cancellations or nonrenewals within the last three years.

- Shall have been in business at least five years (if less than five years and principals have prior trade experience and are directly involved in the daily activities – refer to underwriter).  INSCORP endeavors to entertain the top one third of contractor business.

- Company Buy-Outs -- any account that is currently written with INSCORP and is sold or changes ownership, must be referred to the underwriting manager. In most situations, these will be treated as new business and rewritten.

- No work as a general contractor except for Swimming Pool Installation contractors.

- Loss analysis should be performed along with details of any losses over $10,000 with corrective action taken, if applicable.

- Provide current loss runs (i.e., within the last 100 days) from prior carrier(s) on ALL renewals unless INSCORP or AEIC was prior carrier for entire experience rating period (3 years).

- A new qualifier should be completed by the insured each year.

- Shall be properly licensed (obtain license type, number and verify with the state license board).  Underwriter will confirm each contractor's license is current and active in their appropriate class of business.

- Subcontractors of our insureds must have policies on an occurrence form, with limits of insurance equal to or exceeding the insureds, name the insured as additional insured on the subcontractor's policy, and provide insured with a certificate of insurance.  Producer must verify certificates for all subcontractors, including subcontractor's name, address and policy limits.

- Lessor's Risk Only (LRO) can be written on an incidental basis only.   All occupancies must be low/medium hazard as determined by underwriting.

- Payroll should be verified by either:
  - The 3 most recent monthly Workers Compensation ("WC") Insurance Payroll Reports (This shows the breakdowns by class of employee so we can calculate a more accurate estimated annual

These are confidential and should not be given to anyone without HDR's written authorization.

Artisan Insurance Program Underwriting Guidelines
HDR Insurance Services

payroll. Getting the last 3 reports will also assist with some of the seasonality issues so we aren't annualizing based on just 1 month's data), or

- The most recent WC final audit if done within the last four (4) months, or
- The Quarterly Wage and Withholding Report Summary page(s) (DE-6 for CA) or equivalent (We prefer the summary page, not the individual employee information on the detail report), or
- The Monthly WC Report supplied by insured's payroll service if a payroll service is utilized (This shows the breakdown between sales and administration) or
- The current year WC Experience Modification worksheet.

• Only discontinued operations that are directly related to the insureds current operations will be allowed to be named on the policy.

• Risks with a defective workmanship claim must be fully explained including incurred loss amount.

• Property coverage where the building is sprinklered – specific rates will be used if available. If specific rates are not available, tentative rates will be used, a tentative rate endorsement will be included on the policy, and specific rates will be ordered and applied when received.

• Ancillary activities (i.e., subsidiary business and personal exposures) are ineligible.

• All businesses will be required to use the Absolute Movement of Land, Earth, or Soil Exclusion (Form # IC CG 18 15 11 00).

• All vehicles shall be registered to the business and only incidental personal use is allowed.  Personal use private passenger vehicles are not eligible.

• MVR's must be provided for each driver within 15 days of any coverage commitment.

• Hired and non-owned auto are not to be written if employees use personal autos to travel between jobs, haul materials or transport other employees. If commercial auto is insured elsewhere, hired and non-owned auto should be included on that policy and will not be written on our package or CGL policy.

## B. Driver Acceptability

• All Drivers should have at least five years driving experience

• Drivers of heavy or extra heavy vehicles must have five years driving experience and be experienced in the operation of the vehicle assigned and the cargo carried.

• Drivers whose records have the following characteristics, do not meet our requirements, and should be excluded:

  a. Driving while intoxicated or impaired under the influence of drugs/alcohol violation within the last five years.

  b. Reckless driving, exhibition of speed or evading responsibility (hit and run) violation within the last five years.

  c. Three or more incidents which include moving violations and/or accidents in the last three years.

  d. Two or more speeding (in excess of 25 miles over posted limits) violations in the last three years.

## C. Pricing

These are confidential and should not be given to anyone without HDR's written authorization.

- The base rates filed for this program are discounted to reflect the characteristics of the target market. Further discounting must reflect the unique characteristics of the individual account and should be documented in the system

- Schedule Rating: Based on the information developed by the application, artisan qualifier and/or loss control, the account will be evaluated for use of schedule modification. Justification for credits must be documented in detail.

**D.  Coverage's Available**

- Commercial General Liability Coverage - must be written.

- Inland Marine Coverage - optional

- Crime Coverage- optional

- Business Auto Coverage - optional

- Commercial Property Coverage - optional

- Excess/Umbrella Coverage - optional

Optional coverages must be written in conjunction with Commercial General Liability ("CGL") Coverage and cannot be written on an individual or stand-alone basis unless the CGL is written.

**E.  Mandatory Endorsements**

IC IL 03 04 - Deductible Reimbursement
IC IL 11 03 - Legal Action Against Us (Damages Recoverable, Liability For attorneys Fees.)
IC IL 11 05 - Asbestos and Other Pollutants Exclusion
IC IL 11 30 - Continuous And Progressive Injury Limitation - "Montrose"
IC CG 18 15 -- Absolute Movement of Land, Earth, or Soil Exclusion

**F.  Submission Requirements**

- ACORD Application (Including Drivers List)

- Artisan Qualifier (Including Contractors License Number) and, depending upon size and scope of operations, a list of last 10 jobs completed, signed by the insured.

- 3 yr. Currently Valued (within the last 60 days) Company Loss Runs.

- Payroll verification.

**G.  Binding Requirements**

- Security Deposit (20%)

- Signed Certificate of Insureds Warranty.

- Acceptable MVR's submitted by producer within 15 days of coverage commitment.

**H.  Payment, Billing Options and Policy Fees**

- Prepaid

These are confidential and should not be given to anyone without HDR's written authorization.

- Installments (e.g., monthly)

- Direct Bill

**Annual Premium Payment**

Compute the premium for each annual payment on the basis of the rates in effect on each anniversary date of the policy.

**Monthly Premium Payment**

This option requires 20% of the annual premium as a deposit.

**Fees**

All fees are fully earned.

Bookkeeping and Processing Fee:  Each Billing Fee:  Each Installment...........................................$6

Policy Reinstatement Fee:  Payable when notice of cancellation for non-payment of premium is issued and policy is subsequently reinstated..................................................................................$50

# WORKERS COMPENSATION (CA ONLY)

A.  **Common Rules**

- Must have CGL coverage "tentatively bound" or "currently bound" with HDR Insurance or a New Business CGL submission to coincide with the Workers' Compensation new business submission.  CGL coverage must be effective within 25 days of the Workers Compensation Coverage if not already bound.

- Must be an approved class code.

- Must be a properly licensed contractor.

- No new ventures. Must be in business at least three years (3 years in business without employees will be considered on an individual basis subject to management approval).

- Must be a single state policy (CA only at this time).

- Minimum premium of $1,000 plus state surcharges.

- Three-year loss ratio does not exceed 40%.

- Experience Modification factor of 1.25 or less.

- No use of uninsured subcontractors. Verification of WC insurance for all subcontractors must be obtained. Premium audits will verify certificates of insurance.

- No exposure of Hazardous Material.

- No work over 3 stories.

**These are confidential and should not be given to anyone without HDR's written authorization.**

Artisan Insurance Program Underwriting Guidelines
HDR Insurance Services

- No more than 10% of work subcontracted out (except for the Swimming Pool Program).

- Must have a formal safety program complying with SB 198.

- No framing operations.

- No roofing operations.

- Waiver of Subrogation Endorsement on a per job basis is available for an additional premium of 5% of the premium generated by the job or subject to a minimum premium of $250 payable at the final audit.

**B.  Submission Requirements**

- WC ACORD Application.

- WC Supplemental Questionnaire.

- Three year currently valued (within 60 days) hard copy company loss runs.

- Experience Modification Worksheet, if available.

- CPA Financial Statement for accounts over $50,000 premium.

**C.  Binding Requirements**

- Security Deposit (15%)

- CGL Coverage bound or in force with HDR.

These are confidential and should not be given to anyone without HDR's written authorization.

# DRYWALL AND/OR PLASTERING CONTRACTOR

Edition Date: 8/01

## MARKET DESCRIPTION

Contractors who specialize in drywall, stucco, plastering and acoustical installation including taping, texturing and painting as part of the total contract/project part.

### ELIGIBILITY

A. **Eligible Risks**

- Only the business/activity of drywall, stucco, plastering and acoustical work involving installation, service and repair will be covered.

- 90% or more of their work (as measured by payroll) is in drywall, stucco, plastering and acoustical installation, service and repair. The remaining 10% must be in related operations.

- Interior painting, texturing or plastering is eligible if it is part of the drywall operation.

- Must have current and active specialty contractor's license number C-9.

B. **Ineligible Risks**

- E I F S work (Exterior Insulation Finish System).

- Work involving exterior framing, structural or load bearing studs.

### UNDERWRITING CRITERIA

In addition to meeting the above eligibility requirements, all acceptable risks must meet the following underwriting criteria:

- Only incidental (less than 10%) subcontracting is permitted to cover electricians and plumbers on remodeling work.

- No structural load bearing walls.  e.g. Installation or alteration.

- All jobsites must have some physical barrier or warning.

- No renting or lending of scaffolding to others.

## PACKAGE POLICY

### COVERAGE CONSIDERATIONS

The following classification, pricing and coverage guidelines are unique to this program and shall be used on accounts that are participating in the program.

### GENERAL LIABILITY

Drywall or Wallboard Installation (92338)

**These are confidential and should not be given to anyone without HDR's written authorization.**

Plastering or Stucco Work (98449)

**Mandatory GLPD Deductible** (Plastering Operations)-minimum of $500 per claim with a mandatory minimum of 25 times for the Aggregate. e.g. $1,000 Per Claim/$25,000 Aggregate.

**Mandatory Exclusion** - The following exclusion will be included on all accounts written under this program - Product-Completed Operations hazard associated with EIFS (Exterior Insulation Finish System) using the ISO endorsement "Exclusion-Designated Work (CG2134)"

**PROPERTY**

Contractors storage, use class code 0567

Office, use class code 0702

# WORKERS COMPENSATION

**NOT AVAILABLE AT THIS TIME**

**REFER TO COMMON RULES FOR FURTHER UNDERWRITING CRITERIA**

**These are confidential and should not be given to anyone without HDR's written authorization.**

EXHIBIT L

# Notes & Tasks

Carrie Coronado 08/29/2006 11:0

32040846 Note

290000065 H & H Plastering, Inc.     330 Jennifer Burns
policy e-mailed
05/23/2002 08:07 Jennifer Burns:

32036788 Note

290000065 H & H Plastering, Inc.     503 Robi Argumedo
12/21/2001 13:41 Robi Fender:
deposit was to be transferred- insured paid full new deposit before check
was posted.  APplied refund of $3417 to deposit to allow insd to have a
credit. Put note on Dec MR.

32034012 Note

290000065 H & H Plastering, Inc.     316 Leslie Wilson
09/06/2001 10:44 Leslie Wilson:
CURRENT POLICY IS NON-RENEWED DUE TO AD SENNO CERTS. Requested info from
agent on EFIS and Condo work.
09/07/2001 09:45 Leslie Wilson
Updated claims per CLAIMEN. Per email from agent EFIS and condo work is in
the past - agent understand policy has exclusion - no current or future
work. Increased comp ded to $500. Added Impala per application - need
registrations for ALL private passengers autos. Increased 350 and 800 to
med. Changed symbol 2 to 7. Charles Harris will be excluded. Agents
estimates on new apps are inline with the verification received. GL Ded is
$1,000 with a max of $25K . Added defense ded $5,000 for potential losses
due to prior EFIS and Condo work and frequency of reported CD Claims. BI
written on 1/3 as expiring - no form shown on app. Limits on loss are 40 -
80 -100 ee 90 days. Increased all IM ded to $500 - NEED ALL SERIAL
NUMBERS. No hired coverage quoted - NEED annual cost of hire. NEED
Installation floater application
09/20/2001 11:33 Leslie Wilson
Received letter from insured regarding AD Seeno operations and a job list.
 Quoted 2mil umb (not EXCESS) $3,402.
09/25/2001 05:58 Leslie Wilson
Deleted IMPALA per agent email
10/03/2001 15:09 Leslie Wilson
Made driver exception for Harris - 3month watch - OWNER. Reduced defense
ded to $2500
11/16/2001 11:24 Leslie Wilson
Received install app and vehicle reg. STILL NEED SERIAL NUMBERS

EXHIBIT M

THIS IS A CERTIFIED TRUE
AND CORRECT COPY OF
THE ORIGINAL

SIGNATURE     TITLE

# INSCORP

### The Insurance Corporation of New York
#### Jericho, New York

**This policy consists of the declarations and one or more coverage parts, coverage forms, special provisions applicable to all coverage parts and endorsements, if any, which are issued to complete this policy.**

**It is important that you read your entire policy carefully.  Please be sure to look at your  declarations to confirm the exact coverages and limits that you have purchased.**

In Witness Whereof, we have caused this policy to be executed and attested, and if required by state law, this policy shall not be valid unless countersigned by our authorized representative.

_____
**Secretary**

_____
**President**

ICN 0893

**Common Policy Declaration**

Policy #CA IC10021378 00 00



INSCORP
The Insurance Corporation of New York

<u>Policy #CA IC10021378 00 00</u>

<u>Policy Period: October 1, 2001 to (Continuous)</u>

In return for the payment of the premium, and subject to all of the terms and conditions of this policy, we agree to provide the insurance as stated in this policy.  This policy provides only those coverages shown in the declarations which are made a part of this policy.

Unless stated elsewhere, this policy is effective at 12:01 a.m. at the mailing address shown below.  If the policy period is shown above as "continuous", the policy continues until it is non-renewed at the annual anniversary of the effective date or cancelled.

**First Named Insured:**

H & H Plastering, Inc.
5680 Boscell Common
Fremont, CA    94538

**Agent:**

California Insurance Center
1340 Treat Boulevard 480
Walnut Creek, Ca    94596

**Business Type:**              Corporation
**Description of Operations:**   Artisan Contractor/Drywall
**Mortgage Holders:**           See Mortgage Holders Schedule in certificate file.

**Coverage Parts:**

Business Auto
Commercial Crime
Commercial Property
Commercial General Liability
Commercial Inland Marine

IC IL 20 61 05 97

The Insurance Corporation of New York

ICN 0894

**Common Policy Declaration** (continued)                              Policy #CA IC10021378 00 00

## General Provisions

### Applicable Forms and Endorsements

| | |
|---|---|
| IC IM 20 61 03 97 | Commercial Inland Marine Declaration |
| IC IL 11 30 03 97 | Continuous And Progressive Injury Limitations |
| IC IL 99 01 03 97 | Policy Jacket |
| IC IL 19 63 03 97 | Locations Schedule |
| IC CG 20 61 03 97 | Commercial General Liability Declaration |
| IC IL 11 03 03 97 | Legal Action Against Us ( Damages Recoverable, Liability For Attorneys Fees) |
| IC CR 20 61 03 97 | Commercial Crime Declaration |
| IC IL 11 04 03 97 | Calculation Of Premium - Continuous Policies |
| IC IL 11 60 03 97 | Premium Determination Endorsement |
| IC IL 11 67 03 97 | Insureds Schedule |
| IC CA 20 61 03 97 | Business Auto Declarations |
| IL 00 21 11 94 | Nuclear Energy Liability Exclusion Endorsement ( Broad Form) |
| IC IL 11 05 03 97 | Asbestos And Other Pollutants Exclusion |
| IL 09 35 04 98 | Exclusion Of Certain Computer - Related Losses |
| IL 00 17 11 98 | Common Policy Conditions |
| IC CP 20 61 05 97 | Commercial Property Declaration |
| IC IL 20 61 05 97 | Common Policy Declaration |
| IL 02 70 04 98 | California Changes - Cancellation and Nonrenewal |

## Policy Change History

| Change # | Effective | Process date/time |
|---|---|---|
| 00 | 10/01/2001 | 11/21/2001, 7:20 AM |
| 01 | 02/20/2002 | 2/20/2002, 9:51 AM |

These declarations pages, policy provisions, and endorsements, if any, issued to form a part thereof, complete this policy.

C IL 20 61 05 97

The Insurance Corporation of New York

## Commercial General Liability Declaration

Policy #CA IC10021378 00 00

Insurance is provided only for those coverages and limits shown below.

| Description | Limit of Insurance |
|---|---|
| General Aggregrate Liability Limit (Other Than Products-Completed Operations) | $2,000,000 |
| Products-Completed Operations Aggregate Liability Limit | $2,000,000 |
| Each Occurrence Limit | $1,000,000 |
| Personal And Advertising Injury Liability Limit | $1,000,000 |
| Tenant's Real Property Legal Liability | $100,000 Any One Occurrence |
| Medical Expense Limit - Any One Person | $5,000 |
| Employee Benefit Coverage | Same as the CGL Each Occurrence/General Aggregate limits of Insurance. |
| Limited Pollution Coverage-"Work Sites" | $100,000 Each Pollution Incident |
| Defense Deductible | $2,500 |
| Per Claim Deductible Applies to Property Damage | $1,000/$25,000 |

### Applicable Forms and Endorsements

| | |
|---|---|
| IC CG 04 15 03 97 | Employee Benefits Liability Coverage - Limited Form (occurrence Form) |
| IC CG 21 24 03 97 | Automatic Additional Insureds - Construction Contracts |
| IC CG 20 15 03 97 | Additional Insured - Primary Coverage |
| CG 20 10 11 85 | Additional Insured - Owners, Lessees Or Contractors ( Form B) |
| IC CG 21 21 03 97 | Subsidence Exclusion |
| IC CG 21 23 03 97 | Limited Pollution Coverage - Work Sites |
| IC CG 21 20 03 97 | Asbestos Exclusion |
| IC CG 03 04 03 97 | Deductible Reimbursement Endorsement |
| IC CG 04 06 03 97 | Tenants Real Property Legal Liability |
| IC CG 21 22 03 97 | Exclusion - Lead ( Including Products - Completed Operations Hazard) |
| CG 21 34 01 87 (EIFS) | Exclusion - Designated Work |
| CG 21 60 04 98 | Exclusion - Year 2000 Computer - Related And Other Electronic Problems |
| CG 00 01 01 96 | Commercial General Liability Coverage Form |
| CG 21 47 07 98 | Employment - Related Practices Exclusion |
| CG 24 01 11 94 | Non-binding Arbitration |
| CG 20 10 10 93 | Additional Insured - Owners, Lessees Or Contractors ( Form B) |
| IC CG 03 00 11 00 | Deductible Liability Insurance |

IC CG 20 61 03 97

The Insurance Corporation of New York

ICN 0974

POLICY NUMBER:

COMMERCIAL GENERAL LIABILITY

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EXCLUSION-DESIGNATED WORK

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

## SCHEDULE

**Description of your work:**

1. The design, manufacture, construction, fabrication, preparation, installation, application, maintenance or repair, including remodeling, service, correction, or replacement, of an "exterior insulation and finish system" (commonly referred to as synthetic stucco) or any part thereof, or any substantially similar system or any part thereof, including the application or use of conditioners, primers, accessories, flashings, coatings, caulkings or sealants in connection with such a system.

2. Any work or operations with respect to any exterior component, fixture or feature of any structure in an "exterior insulation and finish system" is used on any part of that structure.

This exclusion applies to "your work" described in Paragraph 1. or Paragraph 2. above performed by you or on your behalf.

For the purposes of this endorsement, an "exterior insulation and finish system" means an exterior cladding or finish system used on any part of any structure, and consisting of:

   a) a rigid or semi rigid insulation board made of expanded polystyrene or other materials and

   b) the adhesive and/or mechanical fasteners used to attach the insulation board to the substrate, and

   c) a reinforced base coat, and

   d) a finish coat providing surface texture and color.

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

This insurance does not apply to "bodily injury" or "property damage" included in the "products-completed operations hazard" and arising out of "your work" shown in the Schedule.

CG 21 34 01 87 (EIFS)

Page 1 of 1