1  Norman J. Roger, Esq. SBN 62554
   Patricia M. Fama, Esq. SBN 138362
2  Roger, Scott & Helmer LLP
   1001 Marshall Street, Suite 400
3  Redwood City, Ca. 94063-2000
   Telephone: 650-365-7700
4  Facsimile: 650-365-0677

5  #129739
   Attorneys for Plaintiff
6  INSURANCE CORPORATON OF NEW YORK

7

8

9              UNITED STATES DISTRICT COURT

10            NORTHERN DISTRICT OF CALIFORNIA

11

12  INSURANCE CORPORATION OF NEW        )    Case No.  C 07-05214 JL
    YORK,                               )
13                                      )
           Plaintiff,                   )
14                                      )    **PROOF OF SERVICE**
    vs.                                 )
15                                      )
16  H & H PLASTERING, INC., CONCRETE    )
    SHELL STRUCTURES, INC. ; and DOES 1 )
17  through 10, inclusive,              )
                                        )
18         Defendants.                  )
19                                      )
20  _____       )

21

22

23

24

25

26

27

28

I, the undersigned, declare that:

I am, and was at the time of the service hereinafter mentioned, a citizen of the United States of America, employed in the County of San Mateo, California. I am over the age of eighteen years and not a party to the within cause; my business address is 1001 Marshall Street, Suite 400, Redwood City, California 94063.

On April 3, 2008, I caused to be served the following:

- **APPLICATION FOR DEFAULT JUDGMENT OF DEFENDANTS H&H PLASTERING, INC. AND CONCRETE SHELL STRUCTURES, INC.; POINTS AND AUTHORITIES IN SUPPORT THEREOF AND DECLARATIONOF PATRICIA M. FAMA;**
- **INSURANCE CORPORATION OF NEW YORK'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF APPLICATION FOR DEFAULT JUDGMENT OF DEFENDANTS H&H PLASTERING, INC. AND CONCRETE SHELL STRUCTURES, INC.;**
- **DECLARATION OF DAVID DANIELS IN SUPPORT OF NEW YORK'S APPLICATION FOR DEFAULT JUDGMENT OF DEFENDANTS H & H PLASTERING, INC. AND CONCRETE SHELL STRUCTURES, INC.; and,**
- **DECLARATION OF PATRICIA M. FAMA IN SUPPORT OF PLAINTIFF INSURANCE COMPANY OF NEW YORK'S APPLICATION FOR DEFAULT JUDGMENT OF CONCRETE SHELL STRUCTURES, INC. AND H & H PLASTERING, INC.**

on the parties involved addressed as follows:

James Hoffman
Agent for Service of Process
H & H Plastering, Inc.
908 Regency Court
San Ramon, CA 94583

Brian R. Cameron
Concrete Shell Structures, Inc.
1960 S Forest Hill Place
Danville, CA 94526

　　　　BY CERTIFIED MAIL-RETURN RECEIPT REQUESTED: I caused each such envelope above, with postage thereon fully prepaid, to be placed in the United States mail at Redwood City, California. (CCP Section 1013(a)(1)

**XXX**　　**MAIL:** I caused each such envelope above, with postage thereon fully prepaid, to be placed in the United States mail at Redwood City, California. (CCP Section 1013(a)(1))

　　　　VIA FACSIMILE TRANSMISSION (CCP Section 1013)

　　　　BY OVERNIGHT MAIL - FEDEX (CCP Section 1013(c))

I am readily familiar with the business practice for collection and processing of mail in this office. That in the ordinary course of business said document would be deposited with the U. S. Postal Service in Redwood City on that same day. I understand that service shall be presumed invalid upon motion of a party served if the postal cancellation date or postage meter date on the envelope is more than one day after the date of deposit for mailing contained on the affidavit.

I declare, under penalty of perjury, under the laws of the State of California that the foregoing is true and correct. Executed **April 3, 2008**, at Redwood City, California.

Luz Marie Ramirez

2