# R◆S◆H

**ROGER, SCOTT & HELMER LLP**
Attorneys at Law
1001 Marshall Street, Suite 400
Redwood City, California 94063
Telephone (650) 365-7700
Fax (650) 365-0677
lmramirez@rshllp.com

Norman J. Roger
Edmund M. Scott
Pamela J. Helmer
Patricia M. Fama

Terri L. Crawford
Anita Mohan
Jennifer L. Royer
Charles P. Stone

Office Administrator
----◆----
Donald G.C. Shu

April 11, 2008

Hon. James Larson
United States District Court
Northern District
450 Golden Gate Avenue
San Francisco, CA 94102

Re:  **Insurance Corporation of New York v. H&H Plastering, et al.**
United States District Court (Northern) Case No. C 07-05214 JL
Our File No.: ICN01-77103

Dear Judge Larson:

Our office represents Insurance Corporation of New York in this matter. The **Initial Case Management Conference** is schedule for **April 16, 2008** at **8:30 a.m.** The Court earlier continued the Conference to this date from the date first set for the Conference (January 16, 2008). The purpose of this letter is to request a continuance of the Initial Case Management Conference in light of the status of this matter.

On April 3, 2008 we forwarded to the Court an Application for Default Judgment against the defendants. The Application is not set for a hearing date and we await direction from the Court if the matter will be scheduled for a hearing. Because no defendant has appeared and their defaults have been taken we believe the Application for Default Judgment is the only remaining matter to be addressed.

Accordingly, and if acceptable to the Court, Insurance Corporation of New Your respectfully requests that the April 16, 2008 Initial Case Management Conference be continued approximately 90 days to allow for determination of the Application for Entry of Default Judgment.

Very truly yours,
ROGER, SCOTT & HELMER LLP

By: *Patricia M Fama*
Patricia M. Fama, Esq.

PMF/lmr/130009