UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

INSURANCE CORPORATION OF NEW YORK

      Plaintiff(s),

  v.

H&H PLASTERING INC.

      Defendant(s).
_____/

No. 07-05214 JL

NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT COURT JUDGE

    The Clerk of this Court will now randomly reassign this case to a United States District Judge because either:

    (1)    One or more of the parties has requested reassignment to a United States District Judge or has not consented to the jurisdiction of a United States Magistrate Judge, or

**XX**    (2)    One or more of the parties has sought a kind of judicial action (i.e., application for default judgment) that a United States Magistrate Judge may not take without the consent of all parties.

    The **CASE MANAGEMENT CONFERENCE** previously scheduled for April 16, 2008 at 10:30 a.m. on Magistrate Judge Larson's calendar will **NOT** be held.

Dated: April 14, 2008

Richard W. Wieking, Clerk
United States District Court

_Wings Hom_
By: Wings Hom, Deputy Clerk

reassig1.DCT                1