**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

INSURANCE CORPORATION OF NEW YORK,

Plaintiff,

v.

H&H PLASTERING, INC., CONCRETE SHELL STRUCTURES, INC.; and DOES 1 through 10, inclusive,

Defendant.
_______________________________________/

No. C 07-05214 WHA

**CLERK'S NOTICE SCHEDULING MOTIONS AND INITIAL CASE MANAGEMENT CONFERENCE ON REASSIGNMENT**

(Plaintiff shall serve a copy of this notice on any party in the above-entitled action not appearing on the Notice of Electronic Filing or Other Case Activity and/or the attached Certificate of Service)

YOU ARE NOTIFIED THAT the Court has scheduled the Plaintiff's Motion for Default Judgment, Motion for More Definite Statement and an Initial Case Management Conference for **May 22, 2008 at 8:00 a.m.**, before the Honorable William Alsup. Please report to Courtroom 9, on the 19th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102. Not less than seven days prior, counsel shall submit a joint case management conference statement not to exceed ten pages.

Parties requesting a continuance shall submit a stipulation and proposed order. If the parties are unable to reach a stipulation, the requesting party shall submit an ex parte application with a proposed order.

Dated: April 16, 2008

FOR THE COURT,

Richard W. Wieking, Clerk

By:____________________
Dawn K. Toland
Courtroom Deputy to the
Honorable William Alsup