Norman J. Roger, Esq. SBN 62554
Patricia M. Fama, Esq. SBN 138362
Roger, Scott & Helmer LLP
1001 Marshall Street, Suite 400
Redwood City, CA 94063-2000
Telephone: 650-365-7700
Facsimile: 650-365-0677

#130542

Attorneys for Plaintiff
INSURANCE CORPORATON OF NEW YORK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INSURANCE CORPORATION OF NEW YORK,<br><br>        Plaintiff,<br><br>vs.<br><br>H & H PLASTERING, INC., CONCRETE SHELL STRUCTURES, INC.; and DOES 1 through 10, inclusive,<br><br>        Defendants. | Case No. C 07-05214 WHA<br><br>**NOTICE OF CLERK'S NOTICE SCHEDULING MOTIONS AND INITIAL CASE MANAGEMENT CONFERENCE ON REASSIGNMENT** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:

PLEASE TAKE NOTICE that the Court issued the following Notice Scheduling the Motion for Default Judgment and Initial Case Management Conference on May 22, 2008 at 8:00 a.m. before the Honorable William Alsup (Exhibit A). The hearings will be held in Courtroom 9, on the 19th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102. The Court further orders that not less than seven days prior, counsel shall submit a joint case management

conference not to exceed 10 pages.

Dated: April 24, 2008

ROGER, SCOTT & HELMER, LLP

By: /s/ Patricia M. Fama
Norman J. Roger, Esq.
Patricia M. Fama, Esq.
Attorneys for Plaintiff
INSURANCE CORPORATION OF NEW YORK

# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INSURANCE CORPORATION OF NEW YORK,<br><br>Plaintiff,<br><br>v.<br><br>H&H PLASTERING, INC., CONCRETE SHELL STRUCTURES, INC.; and DOES 1 through 10, inclusive,<br><br>Defendant. | No. C 07-05214 WHA<br><br>**CLERK'S NOTICE SCHEDULING MOTIONS AND INITIAL CASE MANAGEMENT CONFERENCE ON REASSIGNMENT** |

(Plaintiff shall serve a copy of this notice on any party in the above-entitled action not appearing on the Notice of Electronic Filing or Other Case Activity and/or the attached Certificate of Service)

YOU ARE NOTIFIED THAT the Court has scheduled the Plaintiff's Motion for Default Judgment, Motion for More Definite Statement and an Initial Case Management Conference for **May 22, 2008 at 8:00 a.m.**, before the Honorable William Alsup. Please report to Courtroom 9, on the 19th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102. Not less than seven days prior, counsel shall submit a joint case management conference statement not to exceed ten pages.

Parties requesting a continuance shall submit a stipulation and proposed order. If the parties are unable to reach a stipulation, the requesting party shall submit an ex parte application with a proposed order.

Dated: April 16, 2008

FOR THE COURT,

Richard W. Wieking, Clerk

By: _____
Dawn K. Toland
Courtroom Deputy to the
Honorable William Alsup

1     I, the undersigned, declare that:

2

3     I am, and was at the time of the service hereinafter mentioned, a citizen of the United States of America, employed in the County of San Mateo, California. I am over the age of eighteen years and not a party to the within cause; my business address is 1001 Marshall Street, Suite 400, Redwood City, California 94063.

    On **April 24, 2008,** I caused to be served the following:

- **NOTICE OF CLERK'S NOTICE SCHEDULING MOTIONS AND INITIAL CASE MANAGEMENT CONFERENCE ON REASSIGNMENT**

on the parties involved addressed as follows:

| | |
|---|---|
| James Hoffman<br>Agent for Service of Process<br>H & H Plastering, Inc.<br>908 Regency Court<br>San Ramon, CA 94583 | Brian R. Cameron<br>Concrete Shell Structures, Inc.<br>1960 S Forest Hill Place<br>Danville, CA 94526 |

    BY CERTIFIED MAIL-RETURN RECEIPT REQUESTED: I caused each such envelope above, with postage thereon fully prepaid, to be placed in the United States mail at Redwood City, California. (CCP Section 1013(a)(1))

<u>**XXX**</u>    MAIL: I caused each such envelope above, with postage thereon fully prepaid, to be placed in the United States mail at Redwood City, California. (CCP Section 1013(a)(1))

    VIA FACSIMILE TRANSMISSION (CCP Section 1013)

    BY OVERNIGHT MAIL - FEDEX (CCP Section 1013(c))

    I am readily familiar with the business practice for collection and processing of mail in this office. That in the ordinary course of business said document would be deposited with the U.S. Postal Service in Redwood City on that same day. I understand that service shall be presumed invalid upon motion of a party served if the postal cancellation date or postage meter date on the envelope is more than one day after the date of deposit for mailing contained on the affidavit.

    I declare, under penalty of perjury, under the laws of the State of California that the foregoing is true and correct. Executed **April 24, 2008,** at Redwood City, California.

_____
Luz Marie Ramirez

1