# EXHIBIT A



# ROBINSON & WOOD, INC.
## ATTORNEYS AT LAW

227 North First Street
San Jose, CA 95113

(408) 298-7120 Telephone
(408) 298-0477 Facsimile

www.robinsonwood.com

David S. Henningsen
Direct: (408) 792-5904
dsh@robinsonwood.com

October 26, 2007

**Via Facsimile Only  650-365-0677**

Norman Roger, Esq.
Roger, Scott & Helmer
1001 Marshall Street, Suite 400
Redwood City, CA 94063

      Re:    <u>Britannia vs. Concrete Shell Structure</u>
            Our File No.:  14326

Dear Mr. Roger:

Could you please send me a copy of the complaint that you have filed against H&M Plastering? I would like to have the case defended for H&M and so I would request that you please not take a default at this time.

Very truly yours,

*[signature]*

DAVID S. HENNINGSEN

DSH:cak



FAXED
1145 am
cak

Las Vegas Office:   5556 S. Fort Apache Road, Suite 100   Las Vegas, NV 89148   T: (702) 363-5100   F: (702) 363-5101