# **EXHIBIT B**

# ROBINSON & WOOD, INC.
## ATTORNEYS AT LAW

227 North First Street
San Jose, CA 95113

(408) 298-7120 Telephone
(408) 298-0477 Facsimile

www.robinsonwood.com

David S. Henningsen
Direct: (408) 792-5904
dsh@robinsonwood.com

April 24, 2008

**_Via Facsimile Only  650-365-0677_**

Norman Roger, Esq.
Roger, Scott & Helmer
1001 Marshall Street, Suite 400
Redwood City, CA  94063

       Re:   **_Britannia Pointe Grand vs. Concrete Shell Structure_**
             Our File No.:  14326

Dear Mr. Roger:

At this time, I would request that you stipulate to a withdrawal of your default against Concrete Shell on behalf of InsCorp because we were never informed of your default or given an opportunity to protect our interests until the default was already entered.

Thank you for your attention to this matter.  Please call with any questions.

Very truly yours,

*[signature]*

DAVID S. HENNINGSEN

DSH/mtl