FOLGER LEVIN & KAHN LLP
Wesley D. Hurst (CSB No. 127564, whurst@flk.com)
Eric M. Lode (CSB No. 209129, elode@flk.com)
Embarcadero Center West
275 Battery Street, 23rd Floor
San Francisco, CA  94111
Telephone: (415) 986-2800
Facsimile: (415) 986-2827

Attorneys for Third-Party Assignee
Britannia Pointe Grand Limited Partnership

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| INSURANCE CORPORATION OF NEW YORK, <br><br> Plaintiff, <br><br> v. <br><br> H&H PLASTERING, INC.; CONCRETE SHELL STRUCTURES, INC.; and DOES 1 though 10, inclusive, <br><br> Defendants. | Case No. CV 07-05214 WHA <br><br> **CERTIFICATE OF INTERESTED PARTIES** |

Pursuant to Civil L.R.3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding; or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

1. Plaintiff Insurance Corporation of New York;

2. Defendant H&H Plastering, Inc.;

FOLGER LEVIN &
KAHN LLP
ATTORNEYS AT LAW

; CASE NO.

1    3.    Third-Party Assignee Britannia Pointe Grand Limited Partnership (assignee of Defendant Concrete Shell Structures, Inc.); and

4.    HCP, Inc.

Dated: May 1, 2008                              FOLGER LEVIN & KAHN LLP

/s/ Eric M. Lode

Eric M. Lode
Attorneys for Third-Party Assignee
Britannia Pointe Grand Limited Partnership

17035\3008\599805.1