IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INSURANCE CORPORATION OF NEW YORK,<br><br>    Plaintiff,<br><br>  v.<br><br>H&H PLASTERING INC., et al.,<br><br>    Defendant.<br>_____ / | No. C 07-05214 WHA<br><br>**CLERK'S NOTICE RESCHEDULING HEARING** |

(Plaintiff shall serve a copy of this notice on any party in the above-entitled action not appearing on the Notice of Electronic Filing or Other Case Activity and/or the attached Certificate of Service.)

YOU ARE NOTIFIED THAT the hearing on plaintiff's Motion for Default Judgment and Motion for More Definite Statement and the Case Management Conference previously set for May 22, 2008 at 8:00 a.m. have been rescheduled for **May 22, 2008 at 2:00 p.m.**, before the Honorable William Alsup. Please report to Courtroom 9, on the 19th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.

Because the Court will be in trial, parties should be aware that time for oral argument on this matter will be very limited. Please plan accordingly.

Dated: May 7, 2008

FOR THE COURT,

Richard W. Wieking, Clerk

By:_____
    Dawn Toland
    Courtroom Deputy to the
    Honorable William Alsup