```
1   Norman J. Roger, Esq. SBN 62554
    Patricia M. Fama, Esq. SBN 138362
2   Roger, Scott & Helmer LLP
    1001 Marshall Street, Suite 400
3   Redwood City, Ca. 94063-2000
    Telephone: 650-365-7700
4   Facsimile: 650-365-0677

5   #131110
    Attorneys for Plaintiff
6   INSURANCE CORPORATON OF NEW YORK
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INSURANCE CORPORATION OF NEW YORK,<br><br>    Plaintiff,<br><br>vs.<br><br>H & H PLASTERING, INC., CONCRETE SHELL STRUCTURES, INC. ; and DOES 1 through 10, inclusive,<br><br>    Defendants. | Case No. C 07-05214 JL<br><br>PROOF OF SERVICE RE REPLY MEMORANDUM IN SUPPORT OF INSURANCE CORPORATION OF NEW YORK'S APPLICATION FOR DEFAULT JUDGMENT AND REPLY DECLARATION OF NORMAN J. ROGER<br><br>DATE: May 22, 2008<br>TIME: 8:00 a.m.<br>DEPT: 9<br>JUDGE: William Alsup |

I, the undersigned, declare that:

I am, and was at the time of the service hereinafter mentioned, a citizen of the United States of America, employed in the County of San Mateo, California. I am over the age of eighteen years and not a party to the within cause; my business address is 1001 Marshall Street, Suite 400, Redwood City, California 94063.

On **May 8, 2008,** I caused to be served the following:

- **REPLY MEMORANDUM IN SUPPORT OF INSURANCE CORPORATION OF NEW YORK'S APPLICATION FOR DEFAULT JUDGMENT; and,**
- **REPLY DECLARATION OF NORMAN J. ROGER IN SUPPORT OF INSURANCE CORPORATION OF NEW YORK'S APPLICATION FOR DEFAULT JUDGMENT**

on the parties involved addressed as follows:

| | |
|---|---|
| James Hoffman<br>Agent for Service of Process<br>H & H Plastering, Inc.<br>908 Regency Court<br>San Ramon, CA 94583 | Brian R. Cameron<br>Concrete Shell Structures, Inc.<br>1960 S Forest Hill Place<br>Danville, CA 94526 |

**Attorneys for Third Party Assignees**
Eric M. Lode, Esq.
FOLGER, LEVIN & KAHN LLP
275 Battery Street, 23rd Floor
San Francisco, CA 94111
Tel: (415) 986-2800
Fax: (415) 986-2827

XXX   **BY ELECTRONIC CASE FILE (CM/ECF) SYSTEM** with the United States District Court, Eastern District of California Case Management/Electronic Case Filing System **on Eric M. Lode, Esq. only.**

XXX   **MAIL:** I caused each such envelope above, with postage thereon fully prepaid, to be placed in the United States mail at Redwood City, California. (CCP Section 1013(a)(1)) **on James Hoffman and Brian R. Cameron only.**

I am readily familiar with the business practice for collection and processing of mail in this office. That in the ordinary course of business said document would be deposited with the U. S. Postal Service in Redwood City on that same day. I understand that service shall be presumed invalid upon motion of a party served if the postal cancellation date or postage meter date on the envelope is more than one day after the date of deposit for mailing contained on the affidavit.

I declare, under penalty of perjury, under the laws of the State of California that the foregoing is true and correct. Executed **May 8, 2008**, at Redwood City, California.

_____
Luz Marie Ramirez