1  Norman J. Roger, Esq. SBN 62554
   Patricia M. Fama, Esq. SBN 138362
2  Roger, Scott & Helmer LLP
   1001 Marshall Street, Suite 400
3  Redwood City, CA 94063-2000
   Telephone: 650-365-7700
4  Facsimile: 650-365-0677

5  #131111

6  Attorneys for Plaintiff
   INSURANCE CORPORATON OF NEW YORK

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11  INSURANCE CORPORATION OF NEW          )   Case No.  C 07-05214 WHA
    YORK,                                 )
12                                        )   **NOTICE OF CLERK'S NOTICE**
                  Plaintiff,              )   **RESCHEDULING HEARING**
13                                        )
14  vs.                                   )
                                          )
15  H & H PLASTERING, INC., CONCRETE      )
16  SHELL STRUCTURES, INC. ; and DOES 1   )
    through 10, inclusive,                )
17                                        )
                  Defendants.             )
18                                        )
19                                        )
                                          )
20  _____ )

21  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:

22        PLEASE TAKE NOTICE that the Court issued the following Notice Rescheduling

23  Hearing on plaintiff's Motion for Default Judgment and Motion for More Definite Statement and

24  Case Management Conference on May 22, 2008 at 8:00 a.m. before the Honorable William Alsup

25  (Exhibit A).  The hearings have be rescheduled to **May 22, 2008 at 2:00 p.m.**  The hearings will

26  ///

27  ///

28

be held in Courtroom 9, on the 19th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.

Dated: May 8, 2008                    ROGER, SCOTT & HELMER, LLP

*Patricia M. Fama*

By_____
    Norman J. Roger, Esq.
    Patricia M. Fama, Esq.
    Attorneys for Plaintiff
    INSURANCE CORPORATION OF NEW YORK

NOTICE OF CLERK'S NOTICE RESCHEDULING HEARING
Action No. C 07-05214 WHA

I, the undersigned, declare that:

I am, and was at the time of the service hereinafter mentioned, a citizen of the United States of America, employed in the County of San Mateo, California. I am over the age of eighteen years and not a party to the within cause; my business address is 1001 Marshall Street, Suite 400, Redwood City, California 94063.

On **May 9, 2008,** I caused to be served the following:

- **NOTICE OF CLERK'S NOTICE RESCHEDULING HEARING**

on the parties involved addressed as follows:

James Hoffman
Agent for Service of Process
H & H Plastering, Inc.
908 Regency Court
San Ramon, CA 94583

Brian R. Cameron
Concrete Shell Structures, Inc.
1960 S Forest Hill Place
Danville, CA 94526

**Attorneys for Third Party Assignees**
Eric M. Lode, Esq.
FOLGER, LEVIN & KAHN LLP
275 Battery Street, 23rd Floor
San Francisco, CA 94111
Tel: (415) 986-2800
Fax: (415) 986-2827

**XXX**    **BY ELECTRONIC CASE FILE (CM/ECF) SYSTEM** with the United States District Court, Eastern District of California Case Management/Electronic Case Filing System **on Eric M. Lode, Esq. only.**

**XXX**    **MAIL:** I caused each such envelope above, with postage thereon fully prepaid, to be placed in the United States mail at Redwood City, California. (CCP Section 1013(a)(1)) **on James Hoffman and Brian R. Cameron only.**

I am readily familiar with the business practice for collection and processing of mail in this office. That in the ordinary course of business said document would be deposited with the U. S. Postal Service in Redwood City on that same day. I understand that service shall be presumed invalid upon motion of a party served if the postal cancellation date or postage meter date on the envelope is more than one day after the date of deposit for mailing contained on the affidavit.

I declare, under penalty of perjury, under the laws of the State of California that the foregoing is true and correct. Executed **May 9, 2008,** at Redwood City, California.

Luz Marie Ramirez