FOLGER LEVIN & KAHN LLP
James Goldberg (CSB No. 107990, jgoldberg@flk.com)
Wesley D. Hurst (CSB No. 127564, whurst@flk.com)
Eric M. Lode (CSB No. 209129, elode@flk.com)
Embarcadero Center West
275 Battery Street, 23rd Floor
San Francisco, CA 94111
Telephone: (415) 986-2800
Facsimile: (415) 986-2827

Attorneys for Britannia Pointe Grand Limited Partnership, Assignee of Defendant Concrete Shell Structures, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| INSURANCE CORPORATION OF NEW YORK,<br><br>Plaintiff,<br><br>v.<br><br>H&H PLASTERING, INC.; CONCRETE SHELL STRUCTURES, INC. and DOES 1 though 10, inclusive,<br><br>Defendants. | Case No. CV 07-05214 WHA<br><br>**DECLARATION OF ERIC M. LODE IN SUPPORT OF SEPARATE CASE MANAGEMENT STATEMENT** |

I, Eric M. Lode, declare as follows:

1.  I am an associate at Folger Levin & Kahn LLP, counsel for Britannia Pointe Grand Limited Partnership ("Britannia"), Assignee of Defendant Concrete Shell Structures, Inc. I have personal knowledge of the following facts and, if called as a witness, could and would testify competently thereto.

2.  On May 8, 2008, I left a voicemail for Patricia M. Fama, counsel of record for Plaintiff Insurance Corporation of New York ("InsCorp") in this action, regarding the preparation of a Joint Case Management Statement.

1    3.    On May 9, 2008, I spoke to Ms. Fama by telephone. Ms. Fama stated to me that she did not think it was appropriate for Plaintiff InsCorp to submit a Joint Case Management Statement with Britannia, and that Britannia was free to submit its own Separate Case Management Statement.

4.    Later that day on May 9, 2008, I sent a facsimile to Ms. Fama confirming our conversation of earlier that day. In my facsimile to Ms. Fama, I stated that "[t]his confirms our conversation of our earlier today, in which you declined to agree to submit a Joint Case Management Statement on behalf of both Insurance Corporation of New York and my client, Britannia Pointe Grand Limited Partnership." A true and correct copy of my May 9, 2008 correspondence to Ms. Fama is attached hereto as Exhibit A.

5.    On May 13, 2008, Ms. Fama responded to my May 9, 2008 correspondence. A true and correct copy of Ms. Fama's May 13, 2008 response is attached hereto as Exhibit B.

I, Eric M. Lode, declare under the penalty of perjury of the laws of the United States and the State of California that the foregoing is true and correct.

Executed this 15th day of May, 2008 at San Francisco, California.

                /s/ Eric M. Lode
                Eric M. Lode

17035\3008\601050.1