# EXHIBIT A

**FOLGER LEVIN & KAHN** LLP

ATTORNEYS AT LAW

Embarcadero Center West
275 Battery Street, 23rd Floor
San Francisco, California 94111
Telephone 415.986.2800
Facsimile 415.986.2827

May 9, 2008

Los Angeles Office:
1900 Avenue of the Stars, 28th Floor
Los Angeles, California 90067
Telephone 310.556.3700
Facsimile 310.556.3770

**VIA FACSIMILE**

www.flk.com

Patricia M. Fama, Esq.
Roger, Scott & Helmer LLP
1001 Marshall Street, Suite 400
Redwood City, CA 94063
Facsimile: (650) 365-0677

    Re: *Insurance Corporation of New York v. H&H Plastering, Inc. et al.*
       (N.D. Cal. Case No. 3:07-cv-05214-WHA)

Dear Ms. Fama:

  This confirms our conversation of our earlier today, in which you declined to agree to submit a Joint Case Management Statement on behalf of both Insurance Corporation of New York and my client, Britannia Pointe Grand Limited Partnership.

          Very truly yours,

          Eric M. Lode

17035\3008\601008.1