# EXHIBIT B

# R•S•H

## ROGER, SCOTT & HELMER LLP
Attorneys at Law
1001 Marshall Street, Suite 400
Redwood City, California 94063
Telephone (650) 365-7700
Fax (650) 365-0677
pfama@rshllp.com

Norman J. Roger
Edmund M. Scott
Pamela J. Helmer
Patricia M. Fama

Senior Counsel
Terri L. Crawford

Meaghan M. Bever
Anita Mohan
Jennifer L. Royer
Charles P. Stone

Office Administrator
Donald G.C. Shu

May 13, 2008

**VIA FACSIMILE AND US MAIL**

Eric M. Lode, Esq.
FOLGER, LEVIN & KAHN LLP
275 Battery Street, 23rd Floor
San Francisco, CA 94111

Re: **Insurance Corp. of New York v. H&H Plastering, et al.**
U.S. District Court Northern District Action No. C-04-05022 TEH

Dear Mr. Lode:

This follows our conversation on the afternoon of May 9, 2008 and acknowledges receipt of your letter of the same date. I want to clarify and restate our position in relation to your client Britannia Point Grand Limited Partnership and this action. Britannia is a stranger to this action and has no standing in this matter. Concrete Shell Structures, Inc. was named as a defendant in this action and default was taken against CSS in January 2008. Entry of default cuts off a defendant's right to appear in the action or to present evidence. (*Breuer Elec. Mfg. v. Toronado Systems of America Inc.* (7th Cir. 1982) 687 F. 2d 182, 185) Based on the papers you have filed, Britannia took an assignment with knowledge of CSS's default. We do not believe that Britannia has any basis or authority to be heard in this action.

Very truly yours,

ROGER, SCOTT & HELMER LLP

By: *[signature]*
Patricia M. Fama

131198