FOLGER LEVIN & KAHN LLP
James Goldberg (CSB No. 107990, jgoldberg@flk.com)
Wesley D. Hurst (CSB No. 127564, whurst@flk.com)
Eric M. Lode (CSB No. 209129, elode@flk.com)
Embarcadero Center West
275 Battery Street, 23rd Floor
San Francisco, CA 94111
Telephone: (415) 986-2800
Facsimile: (415) 986-2827

Attorneys for Britannia Pointe Grand Limited Partnership, Assignee of Defendant Concrete Shell Structures, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| INSURANCE CORPORATION OF NEW YORK,<br><br>Plaintiff,<br><br>v.<br><br>H&H PLASTERING, INC.; CONCRETE SHELL STRUCTURES, INC.; and DOES 1 though 10, inclusive,<br><br>Defendants. | Case No. CV 07-05214 WHA<br><br>**CERTIFICATE OF SERVICE** |

I, Wendy Harrison, state:

My business address is Embarcadero Center West, 275 Battery Street, 23rd Floor, San Francisco, California 94111. I am over the age of eighteen years and not a party to this action.

On the date set forth below, I served the foregoing document(s) described as:

**BRITANNIA POINTE GRAND LIMITED PARTNERSHIP'S SEPARATE CASE MANAGEMENT STATEMENT**

**DECLARATION OF ERIC M. LODE IN SUPPORT OF SEPARATE CASE MANAGEMENT STATEMENT**

1   on the following person(s) in this action:

| James Hoffman<br>Agent for Service of Process<br>H&H Plastering, Inc.<br>908 Regency Court<br>San Ramon, CA 94583 | Brian R. Cameron<br>Concrete Shell Structures, Inc.<br>1960 S. Forest Hill Place<br>Danville, CA 94526 |
|---|---|
| Craig S. Jones<br>ARCHER NORRIS<br>2033 N. Main St., Suite 800<br>Walnut Creek, CA 94596-7325<br>Fax: (925) 930-6620<br><br>Attorneys for CONCRETE SHELL STRUCTURES, INC. | David S. Henningsen<br>ROBINSON & WOOD<br>227 North First Street<br>San Jose, CA 95113<br>Fax: (408) 298-0477<br><br>Attorneys for CONCRETE SHELL STRUCTURES, INC. |
| Joseph C. Schulz<br>McCarthy & McCarthy, LLP<br>505 14th Street, Suite 1150<br>Oakland, CA 946102<br>Fax: (510) 839-8108<br><br>Attorneys for H&H PLASTERING, INC. | |

☒   **BY FIRST CLASS MAIL:** I am employed in the City and County of San Francisco where the mailing occurred. I enclosed the document(s) identified above in a sealed envelope or package addressed to the person(s) listed above, with postage fully paid. I placed the envelope or package for collection and mailing, following our ordinary business practice. I am readily familiar with this firm's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service.

☐   **BY MESSENGER SERVICE:** I served the document(s) identified above by placing them in an envelope or package addressed to the person(s) listed above and providing them to a professional messenger service for service.

☐   **BY OVERNIGHT DELIVERY:** I enclosed the document(s) identified above in a sealed envelope or package addressed to the person(s) listed above, in an envelope or package designated by the overnight delivery carrier with delivery fees paid or provided for. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier, or by delivering to a courier or driver authorized by the overnight delivery carrier to receive documents.

☐   **BY FACSIMILE:** Based on an agreement of the parties to accept service by facsimile transmission, I faxed the document(s) identified above to the person(s) at the fax number(s) listed above. The transmission was reported complete and without error. I have attached a copy of the transmission report that was issued by the facsimile machine.

☐   **BY ELECTRONIC MAIL:** Based on a court order or an agreement of the parties to accept service by electronic mail, I caused the document(s) identified above to

be transmitted electronically to the person(s) at the e-mail address(es) listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Executed on May 15, 2008, at San Francisco, California.

*Wendy Harrison* (signature)
Wendy Harrison

17035\3008\601738.1