1  FOLGER LEVIN & KAHN LLP
   Wesley D. Hurst (CSB No. 127564, whurst@flk.com)
2  Eric M. Lode (CSB No. 209129, elode@flk.com)
   Embarcadero Center West
3  275 Battery Street, 23rd Floor
   San Francisco, CA 94111
4  Telephone: (415) 986-2800
   Facsimile: (415) 986-2827
5
   Attorneys for Britannia Pointe Grand Limited
6  Partnership, Assignee of Defendant Concrete
   Shell Structures, Inc.
7

8                           UNITED STATES DISTRICT COURT

9                          NORTHERN DISTRICT OF CALIFORNIA

10                                SAN FRANCISCO DIVISION

11

12 | INSURANCE CORPORATION OF NEW        | Case No. CV 07-05214 WHA
   | YORK,                                |
13 |                                      | **BRITANNIA POINTE GRAND LIMITED
   |          Plaintiff,                  | PARTNERSHIP'S REQUEST FOR
14 |                                      | JUDICIAL NOTICE IN OPPOSITION TO
   |     v.                               | APPLICATION FOR DEFAULT
15 |                                      | JUDGMENT AND IN SUPPORT OF
   | H&H PLASTERING, INC.; CONCRETE       | MOTION TO SET ASIDE DEFAULT**
16 | SHELL STRUCTURES, INC.; and DOES     |
   | 1 though 10, inclusive,              | Date:        May 22, 2008
17 |                                      | Time:        2:00 p.m.
   |          Defendants.                 | Courtroom:   9
18 |                                      | Judge:       Hon. William Alsup

19

20

21      Britannia Pointe Grand Limited Partnership ("Britannia"), the Assignee of Defendant

22 Concrete Shell Structures, Inc., respectfully requests that this Court take judicial notice of the

23 following court documents from the action entitled *Gerling America Insurance Company v.*

24 *Insurance Corporation of New York*, Superior Court of the State Of California, County of San

25 Mateo (Case No. CIV456421) (the "State Court Action"):

26      • Order Granting Plaintiff Gerling America Insurance Company's Motion For

27         Summary Adjudication (Apr. 25, 2007) (attached hereto as Exhibit A); and

28

- The State Court Action's online docket (attached hereto as Exhibit B).

This Court "'may take notice of proceedings in other courts, both within and without the federal judicial system, if those proceedings have a direct relation to matters at issue.'" *United States v. Borneo, Inc.*, 971 F.2d 244 (9th Cir. 1992) (citations omitted).

Plaintiff Insurance Corporation of New York ("InsCorp") seeks to obtain by default in this action what InsCorp <u>lost</u> on the merits in the State Court Action. The State Court Action therefore has a direct relation both to InsCorp's Application for a Default Judgment and to Britannia's Motion to Set Aside the Default Entered Against Defendant Concrete Shell.[1]

In the State Court Action, the California Superior Court granted Gerling America Insurance Corporation ("Gerling") summary adjudication on the issue of whether InsCorp had a duty to defend H&H Plastering, Inc. ("H&H") in an arbitration proceeding initiated by Britannia (the "Britannia Arbitration"). *See* Ex. A, at 2. In doing so, the California Superior Court rejected InsCorp's argument that two of its insurance policies with H&H should be reformed to include an exterior insulation and finish system ("EIFS"), on the ground that InsCorp failed to plead reformation as an affirmative defense. *See id.* at 3-4. Moreover, the California Superior Court stated that even if the policies were reformed to include an EIFS exclusion, there remained "the possibility for some alleged property damage to fall outside that exclusion." *Id.* at 4.

The State Court Action's online docket indicates that InsCorp then filed a motion for relief from summary adjudication and that, while that motion was pending, the State Court Action was settled and dismissed. *See* Ex. B, at 1-2.

InsCorp later filed the instant action in this Court, seeking to relitigate some of the same issues that it lost on summary adjudication in the State Court Action. In particular, InsCorp seeks to reform the same H&H policies that it sought to reform in the State Court Action and also seeks a declaration that it has no duty to defend H&H in the same Britannia Arbitration.

---

[1] InsCorp's Motion currently is scheduled to be heard on May 22, 2008, while Britannia's Motion is currently scheduled to be heard on June 5, 2008. Britannia was unaware of the attached documents from the State Court Action until after InsCorp disclosed the State Court Action as a related action in InsCorp's May 15, 2008 Case Management Statement.

1  The California Superior Court already has ruled that InsCorp has a duty to defend H&H in
2  the Britannia Arbitration. InsCorp should not be allowed to obtain by default in this Court what it
3  could not obtain after litigation on the merits in the California Superior Court. Britannia therefore
4  requests that this Court take notice of the court documents attached hereto as Exhibits A and B.

Dated: May 20, 2008                                      FOLGER LEVIN & KAHN LLP

/s/ Eric M. Lode

Eric M. Lode
Attorneys for Britannia Pointe Grand Limited
Partnership, Assignee of Defendant Concrete
Shell Structures, Inc.

17035\3008\602242.1