

### Case Report

Complaints/Parties     Actions
Images     Case Report

## Case CIV456421 - Complaints/Parties

**Complaint Number:** 1
**Complaint Type:** COMPLAINT
**Filing Date:** 07/24/2006
**Complaint Status:** DISPOSITIONED 06/04/2007

| Party Number | Party Type | Party Name | Attorney | Party Status |
|---|---|---|---|---|
| 1 | PLAINTIFF | GERLING AMERICA INSURANCE COMPANY | REID, SHEILA A. | DISPOSITIONED 06/04/2007 |
| 2 | DEFENDANT | INSURANCE CORPORATION OF NEW YORK | ROGER, NORMAN J. | DISPOSITIONED 06/04/2007 |

## Case CIV456421 - Actions

| Viewed | Date | Action Text | Disposition |
|---|---|---|---|
| | 09/11/2007 9:00 AM DEPT. 8 | OSC RE: DISMISSAL AS TO ENTIRE ACTION | VACATED |
| | 08/24/2007 | REQUEST FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE FILED AND ENTERED. | - |
| | 07/24/2007 9:00 AM DEPT. TBA | OSC RE: DISMISSAL AS TO ENTIRE ACTION | CONTINUED NOT HEARD |
| | 06/22/2007 9:00 AM DEPT. LM | HEARING: MOTION RE: MOTION FOR RELIEF FROM ORDER GRANTING FILED BY INSURANCE CORPORATION OF NEW YORK | VACATED |
| | 06/04/2007 9:00 AM DEPT. PJ | COURT TRIAL (LONG CAUSE). TIME ESTIMATE: 5 DAYS 00:00 HOURS. | VACATED |
| | 06/04/2007 | CASE DISPO`D - CONDITIONAL SETTLEMENT FILED | - |
| | 05/31/2007 9:00 AM DEPT. LM | HEARING: MOTION RE: MOTION FOR RELIEF FROM ORDER GRANTING FILED BY INSURANCE CORPORATION OF NEW YORK | CONTINUED |
| | 05/22/2007 10:00 AM DEPT. TBA | MANDATORY SETTLEMENT CONFERENCE | TRANSFERRED TO ANOTHER DEPT |



| Date | Description | Status |
|---|---|---|
| 05/22/2007 10:00 AM DEPT. 24 | MANDATORY SETTLEMENT CONFERENCE | NOT SETTLED |
| 05/21/2007 | OPPOSITION TO EX PARTE ORDER RE: RELIEF FROM SUUMARY ADJUDICATION FILED BY GERLING-AMERICA INSURANCE COMPANY | |
| 05/21/2007 | MOTION FEE PAID BY GERLING AMERICA INSURANCE COMPANY. | - |
| 05/21/2007 | DECLARATION OF JENNIFER ROYER IN SUPPORT OF EX PARTE APPLICATI ON FOR ORDER RE: RELIEF | - |
| 05/21/2007 | ORDER GRANTING EX PARTE ORDER RE:RELIEF, SIGNED BY JUDGE FREEMAN ON 05/21/07, FILED. | - |
| 05/21/2007 | EX PARTE APPLICATION FOR RE: MOTION FOR RELIEF FILED. | - |
| 05/18/2007 | AMENDED POS OF NOTICE OF ENTRY OF ORDER GRANTING PLA MTN FOR SUMMARY ADJUDICATION FILED BY GERLING AMERICA INSURANCE COMPANY. | - |
| 05/17/2007 | OBJECTION TO DEFTS MOTION FOR RELIEF FROM ORDER GRANTING SUMMARY ADJUDICATION. FILED BY GERLING AMERICA INSURANCE COMPANY | - |
| 05/16/2007 | MANDATORY SETTLEMENT CONFERENCE STATEMENT RECEIVED FROM INSURANCE CORPORATION OF NEW YORK | - |
| 05/16/2007 | MANDATORY SETTLEMENT CONFERENCE STATEMENT RECEIVED FROM GERLING AMERICA INSURANCE COMPANY | - |
| 05/15/2007 | NOTICE OF ENTRY OF ORDER FILED BY INSURANCE CORPORATION OF NEW YORK. | - |
| 05/14/2007 | PROOF OF SERVICE (PERSONAL) OF NOTICE OF MOTION W/RELATED DOCUMENTS SERVED ON SEE SERVICE LIST (NON-PARTY) WITH SERVICE DATE OF 05/14/07 FILED. | - |
| 05/14/2007 | DECLARATION OF PATRICIA M. FAMA IN SUPPORT OF INSURANCE CORPORATION OF NEW YORKS MOTION FOR RELIEF FILED BY INSURANCE CORPORATION OF NEW YORK | - |
| 05/14/2007 | REQUEST FOR JUDICIAL NOTICE OF INSURANCE CORPORATION OF NEW YORKS MOTION FOR RELIEF FROM SUMMARY ADJUDICATION FILED BY INSURANCE CORPORATION OF NEW YORK. | - |
| 05/14/2007 | INSURANCE CORPORATION OF NEW YORKS MOTION FOR RELIEF FROM SUMMARY ADJUDICATION, FILED. | - |
| 05/14/2007 | NOTICE OF MOTION FOR RELIEF FROM ORDER GRANTING MOTION FOR SUMMRY ADJUDICATION FILED BY INSURANCE CORPORATION OF NEW | - |

| Date | Description | |
|---|---|---|
| | YORK | |
| 05/09/2007 | ORDER GRANTING INSURANCE MOT FOR LEAVE TO FILE AMENDED ANSWER, SIGNED BY JDG FREEMAN ON 05/04/07 FILED. | - |
| 05/09/2007 | AMENDED ANSWER TO COMPLAINT OF GERLING AMERICA INSURANCE COMPANY FILED BY INSURANCE CORPORATION OF NEW YORK. | - |
| 05/08/2007 | NOTICE OF ENTRY OF ORDER GRANTING PLAINTIFFS MOTION FOR SUMMARY ADJUDICATION OF ISSUES FILED BY GERLING AMERICA INSURANCE COMPANY. | - |
| 04/25/2007 | ORDER GRANTING PLTF MOT FOR SUMMARY ADJUDICATION, SIGNED BY JDG FREEMAN ON 04/20/07 FILED. | - |
| 04/24/2007 9:00 AM DEPT. LM | HEARING: MOTION RE: AND MOTION TO AMEND ANSWER OF INSURANCE COMPANY FILED BY INSURANCE CORPORATION OF NEW YORK | GRANTED |
| 04/23/2007 | MEMORANDUM OF POINTS AND AUTHORITIES FILED BY INSURANCE CORPORATION OF NEW YORK IN SUPPORT OF MOTION FOR LEAVE TO FILE AMENDED ANSWER | - |
| 04/19/2007 | OPPOSITION TO DEF. INSORPS MOTION TO AMEND ANSWER FILED BY GERLING AMERICA INSURANCE COMPANY | - |
| 04/17/2007 | PROOF OF SERVICE (BY MAIL) OF ORDER GRANTING APP FOR SHORTNG TIME TO HEAR MTN TO AMEND ANSWER, ETC. SERVED ON RAMIRO MORALES, ESQ. WITH A SERVICE DATE OF 04/12/07 FILED. | - |
| 04/12/2007 | MEMORANDUM OF POINTS AND AUTHORITIES FILED BY INSURANCE CORPORATION OF NEW YORK IN SUPPORT OF MOTION FOR LEAVE TO FILE ANSWER | - |
| 04/12/2007 | DECLARATION OF NORMAN ROGER IN SUPPORT OF MOTION TO AMEND ANSWER FILED BY INSURANCE CORPORATION OF NEW YORK | - |
| 04/12/2007 | NOTICE OF MOTION AND MOTION TO AMEND ANSWER OF INSURANCE CORPORATION OF NEW YORK FILED BY INSURANCE CORPORATION OF NEW YORK | - |
| 04/12/2007 | ORDER GRANTING SHORTENED TIME, SIGNED BY JUDGE KOPP ON 04/12/07, FILED. | - |
| 04/12/2007 | EX-PARTE APPLICATION FOR AN ORDER SHORTENING TIME TO HERA MOTION FOR LEAVE FILED BY INSURANCE CORPORATION OF NEW YORK | - |
| 04/12/2007 | DECLARATION OF PATRICIA FAMA IN SUPPORT OF EX PARTE APPLICATIO N FOR AN ORDER SHORTENING FILED BY INSURANCE CORPORATION | - |

| | | |
|---|---|---|
| | OF NEW YORK | |
| 04/10/2007 9:00 AM DEPT. LM | MOTION FOR SUMMARY JUDGMENT/SUMMARY ADJUDICATION OF ISSUES BY GERLING AMERICA INSURANCE COMPANY AGAINST INSURANCE CORPORATION OF NEW YORK. | COMPLETED |
| 04/05/2007 | REPLY TO OPPOSITION TO MOTION FOR SUMMARY ADJUDICATION OF ISSUES FILED BY GERLING AMERICA INSURANCE COMPANY | - |
| 04/05/2007 | OBJECTION TO EVIDENCE SUBMITTED BY GERLING MOT FOR SUM ADJUD FILED BY INSURANCE CORPORATION OF NEW YORK | - |
| 04/05/2007 | PROOF OF SERVICE (PERSONAL) OF PLAINTIFFS REPLY TO DEFS OPPOSITION SERVED ON SEE SERVICE LIST (NON-PARTY) WITH SERVICE DATE OF 04/05/07 FILED. | - |
| 04/05/2007 | OBJECTION TO INSCORPS EVIDENCE IN OPPOSITION TO GERLING AMERICA INSURANCE FILED BY GERLING AMERICA INSURANCE COMPANY | - |
| 03/27/2007 | PROOF OF SERVICE (BY MAIL) OF INSURANCE CORPORATION OF NEW YORKS OPPOSITION W/ RELATED DOCUMENTS SERVED ON SEE SERVICE LIST WITH A SERVICE DATE OF 03/27/07 FILED. | - |
| 03/27/2007 | DECLARATION OF DAVID DANIELS IN OPPOSITION TO GERLING AMERICA INSURANCE COMPANYS FILED BY INSURANCE CORPORATION OF NEW YORK | - |
| 03/27/2007 | SEPARATE STATEMENT OF IN OPPOSITION TO PLAINTIFFS SEPARATE STATEMENT OF UNDISPUTED FACTS IN SUPPORT OF MOTION, FILED. | - |
| 03/27/2007 | OPPOSITION TO MOTION FOR SUMMARY ADJUDICATION FILED BY INSURANCE CORPORATION OF NEW YORK | - |
| 03/20/2007 9:00 AM DEPT. LM | HEARING: MOTION RE: TO COMPEL VERIF TO RESPON, DEEM ADMITTED, SANCTION FILED BY GERLING AMERICA INSURANCE COMPANY | VACATED |
| 03/12/2007 | FAX RECEIVED FROM ATTY REID TO TAKE MOT ON 3-20-07 OFF CAL. | - |
| 02/15/2007 | DECLARATION OF SHEILA A REID IN SUPPORT OF MOT TO COMPEL VERIF TO RESPON; DEEM MATTERS ADMITTED; SANCT FILED BY GERLING AMERICA INSURANCE COMPANY | - |
| 02/15/2007 | PROPOSED ORDER RECEIVED. | - |
| 02/15/2007 | NOTICE OF MOTION TO COMPEL VERIF TO RESPONSES, DEEM MATTERS ADMITTED, SANCTIONS FILED BY GERLING AMERICA INSURANCE COMPANY | - |

| Date | Description | Status |
|---|---|---|
| 01/17/2007 | SEPARATE STATEMENT OF UNDISPUTED FACTS FILED BY GERLING AMERICA INSURANCE COMPANY | - |
| 01/17/2007 | DECLARATION OF SHEILA A REID IN SUPPORT OF GERLING MOT FOR SUM ADJUD FILED BY GERLING AMERICA INSURANCE COMPANY | - |
| 01/17/2007 | PROPOSED ORDER RECEIVED. | - |
| 01/17/2007 | PROOF OF SERVICE (BY MAIL) OF MOT FOR SUM ADJUD; & SUPPORTING DOCS SERVED ON NORMAN J ROGER WITH A SERVICE DATE OF 01/17/07 FILED. | - |
| 01/17/2007 | MEMORANDUM OF POINTS AND AUTHORITIES FILED BY GERLING AMERICA INSURANCE COMPANY IN SUPPORT OF PLTF MOT FOR SUM ADJUD | - |
| 01/17/2007 | MOTION FOR SUMMARY JUDGMENT/SUMMARY ADJUDICATION OF ISSUES FILED BY GERLING AMERICA INSURANCE COMPANY AGAINST INSURANCE CORPORATION OF NEW YORK. | - |
| 01/10/2007 | STIP AND ORDER TO ADR SIGNED BY MARK R. FORCUM ON 01/09/07 | - |
| 01/08/2007 | STIP & ORDER FOR ADR FORWARDED TO SHARON GLASS FOR JUDGES SIGNATURE. | - |
| 11/29/2006 | PRINT COMBINED MANDATORY SETTLEMENT CONFERENCE AND JURY TRIAL OR COURT TRIAL NOTICE | - |
| 11/28/2006 9:00 AM DEPT. 21 | CASE MANAGEMENT CONFERENCE | COMPLETED |
| 11/13/2006 | CASE MANAGEMENT STATEMENT FILED BY GERLING AMERICA INSURANCE COMPANY. | - |
| 11/13/2006 | CASE MANAGEMENT STATEMENT FILED BY INSURANCE CORPORATION OF NEW YORK. | - |
| 09/11/2006 | (S) ANSWER TO COMPLAINT OF GERLING AMERICA INSURANCE COMPANY FILED BY INSURANCE CORPORATION OF NEW YORK, REPRESENTED BY NORMAN J. ROGER | - |
| 08/08/2006 | PROOF OF PERSONAL SERVICE OF SUMMONS AND COMPLAINT OF GERLING AMERICA INSURANCE COMPANY SERVED ON INSURANCE CORPORATION OF NEW YORK BY SERVING MARIA SANCHEZ, AGENT FOR SERVICE WITH SERVICE DATE OF 07/27/06 | - |
| 07/24/2006 | 30 DAY SUMMONS, ISSUED AND FILED. | - |
| 07/24/2006 | (S) COMPLAINT FILED | - |
| 07/24/2006 | AFFIDAVIT OF MAILING BY E. BOFFI FILED | - |

## Case CIV456421 - Pending Hearings

| Date | Action Text | Disposition |
|---|---|---|
| This Case Does Not Have Any Pending Hearings | | |