1  FOLGER LEVIN & KAHN LLP
   James Goldberg (CSB No. 107990, jgoldberg@flk.com)
2  Wesley D. Hurst (CSB No. 127564, whurst@flk.com)
   Eric M. Lode (CSB No. 209129, elode@flk.com)
3  Embarcadero Center West
   275 Battery Street, 23rd Floor
4  San Francisco, CA 94111
   Telephone: (415) 986-2800
5  Facsimile: (415) 986-2827

6  Attorneys for Britannia Pointe Grand Limited
   Partnership, Assignee of Defendant Concrete
7  Shell Structures, Inc.

8                UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10                    SAN FRANCISCO DIVISION

| INSURANCE CORPORATION OF NEW YORK, | Case No. CV 07-05214 WHA |
|---|---|
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| H&H PLASTERING, INC.; CONCRETE SHELL STRUCTURES, INC.; and DOES 1 though 10, inclusive, | |
| Defendants. | |

   I, Lisa Fong, state:

   My business address is Embarcadero Center West, 275 Battery Street, 23rd Floor, San Francisco, California 94111. I am over the age of eighteen years and not a party to this action.

   On the date set forth below, I served the foregoing document(s) described as:

   BRITANNIA POINTE GRAND LIMITED PARTNERSHIP'S
   REQUEST FOR JUDICIAL NOTICE IN OPPOSITION TO
   APPLICATION FOR DEFAULT JUDGMENT AND IN
   SUPPORT OF MOTION TO SET ASIDE DEFAULT

   on the following person(s) in this action:

   ☒   BY FIRST CLASS MAIL: I am employed in the City and County of San Francisco where the mailing occurred. I enclosed the document(s) identified above in a sealed envelope or package addressed to the person(s) listed above,

with postage fully paid. I placed the envelope or package for collection and mailing, following our ordinary business practice. I am readily familiar with this firm's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service.

| Craig S. Jones<br>ARCHER NORRIS<br>2033 N. Main St., Suite 800<br>Walnut Creek, CA 94596-7325<br>Fax: (925) 930-6620<br><br>Attorneys for CONCRETE SHELL STRUCTURES, INC. | David S. Henningsen<br>ROBINSON & WOOD<br>227 North First Street<br>San Jose, CA 95113<br>Fax: (408) 298-0477<br><br>Attorneys for CONCRETE SHELL STRUCTURES, INC. |
|---|---|
| Joseph C. Schulz<br>McCarthy & McCarthy, LLP<br>505 14th Street, Suite 1150<br>Oakland, CA 946102<br>Fax: (510) 839-8108<br><br>Attorneys for H&H PLASTERING, INC. | |

☐ **BY MESSENGER SERVICE**: I served the document(s) identified above by placing them in an envelope or package addressed to the person(s) listed above and providing them to a professional messenger service for service.

☒ **BY OVERNIGHT DELIVERY**: I enclosed the document(s) identified above in a sealed envelope or package addressed to the person(s) listed above, in an envelope or package designated by the overnight delivery carrier with delivery fees paid or provided for. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier, or by delivering to a courier or driver authorized by the overnight delivery carrier to receive documents.

| James Hoffman (via Federal Express)<br>Agent for Service of Process<br>H&H Plastering, Inc.<br>908 Regency Court<br>San Ramon, CA 94583 | Brian R. Cameron (via Federal Express)<br>Concrete Shell Structures, Inc.<br>1960 S. Forest Hill Place<br>Danville, CA 94526 |
|---|---|

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Executed on May 20, 2008, at San Francisco, California.

*/s/ Lisa Fong*
Lisa Fong

17035\3008\602337.1