IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INSURANCE CORPORATION OF NEW YORK,<br><br>    Plaintiff,<br><br>  v.<br><br>H&H PLASTERING INC., CONCRETE SHELL STRUCTURES, INC.; and DOES 1–10, inclusive,<br><br>    Defendants.<br>_____ / | No. C 07-05214 WHA<br><br>**ORDER HOLDING APPLICATION FOR DEFAULT JUDGMENT IN ABEYANCE** |

    Third-party Britannia and plaintiff Insurance Corporation appeared for the hearing set for May 22, 2008, for plaintiff's application for default judgment. Britannia is ordered to file a motion to intervene by **THURSDAY, MAY 29, 2008.** The motion to intervene will be heard on a 35-day track, per the Civil Local Rules. The hearing on Britannia's motion to set aside the default (currently set for June 5, 2008) will therefore be postponed until the date of the hearing on Britannia's motion to intervene. Meanwhile, plaintiff's application for default judgment is held in abeyance.

    **IT IS SO ORDERED.**

Dated: May 23, 2008.

                                         WILLIAM ALSUP
                                         UNITED STATES DISTRICT JUDGE