UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date: May 22, 2008

Case No.  C 07-05214WHA

Title: INSURANCE CORP OF NEW YORK v. H&H PLASTERING INC

Plaintiff Attorneys: Patricia Fama

Defense Attorneys: James Goldberg; Eric Lode

Deputy Clerk:  Dawn Toland

Court Reporter: Jim Yeomans

**PROCEEDINGS**

1)   Plt's Motion for default Judgment - Held

2)   CMC - NOT HELD


Continued to _ for Further Case Management Conference

Continued to __ for Pretrial Conference

Continued to __ for Trial

**ORDERED AFTER HEARING:**

Plaintiff's motion is held in abeyance until after Third-Party Brittania's motion to intervene is heard. Brittania's motion to intervene shall be filed by 5/29/08 on a 35-day hearing track and the motion to set aside the default judgment against Concrete Shell shall be re-noticed for the same date.