1  FOLGER LEVIN & KAHN LLP
   Wesley D. Hurst (CSB No. 127564, whurst@flk.com)
2  Amy L. Kashiwabara (CSB No. 210562, akashiwabara@flk.com)
   Embarcadero Center West
3  275 Battery Street, 23rd Floor
   San Francisco, CA 94111
4  Telephone: (415) 986-2800
   Facsimile: (415) 986-2827
5
   Attorneys for Britannia Pointe Grand
6  Limited Partnership, Assignee of Defendant
   Concrete Shell Structures, Inc.
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| INSURANCE CORPORATION OF NEW YORK,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>H&H PLASTERING, INC.; CONCRETE SHELL STRUCTURES, INC.; and DOES 1 though 10, inclusive,<br><br>　　　　　Defendants. | Case No. CV 07-05214 WHA<br><br>**[PROPOSED] ORDER GRANTING ASSIGNEE BRITANNIA POINTE GRAND LIMITED PARTNERSHIP'S MOTION TO INTERVENE, OR, IN THE ALTERNATIVE, SUBSTITUTE FOR ASSIGNOR DEFENDANT CONCRETE SHELL**<br><br>Date:　　　　July 3, 2008<br>Time:　　　　8:00 a.m.<br>Courtroom:　　9<br>Judge:　　　Hon. William Alsup |

1   Having considered the papers and the evidence filed by the parties, and having heard the
2   arguments of counsel, and good cause appearing therefore: Britannia Pointe Grand Limited
3   Partnership's ("Britannia's") Motion to Intervene, or, in the alternative, Substitute is hereby
4   GRANTED.

5   Britannia is hereby ordered to appear as a Defendant in this action.  Britannia is ordered to
6   file a responsive pleading to the Complaint of Insurance Corporation of New York for
7   Declaratory and Injunctive Relief by _____.

8   In the alternative, Britannia is hereby substituted for Defendant Concrete Shell Structures,
9   Inc. in this action.

10   **IT IS SO ORDERED.**

12   Dated: _____, 2008

13                                   _____
                                         Hon. William H. Alsup
14                                       United States District Judge

15   17035\3008\603214.1