1  FOLGER LEVIN & KAHN LLP
   Wesley D. Hurst (CSB No. 127564, whurst@flk.com)
2  Amy L. Kashiwabara (CSB No. 210562, akashiwabara@flk.com)
   Embarcadero Center West
3  275 Battery Street, 23rd Floor
   San Francisco, CA  94111
4  Telephone: (415) 986-2800
   Facsimile: (415) 986-2827
5
   Attorneys for Britannia Pointe Grand
6  Limited Partnership, Assignee of Defendant
   Concrete Shell Structures, Inc.
7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                       SAN FRANCISCO DIVISION

11

12 | INSURANCE CORPORATION OF NEW YORK, | Case No. CV 07-05214 WHA |
13 |                                    | **[PROPOSED] ORDER GRANTING ASSIGNEE BRITANNIA POINTE GRAND LIMITED PARTNERSHIP'S MOTION TO SET ASIDE THE DEFAULT ENTERED AGAINST DEFENDANT CONCRETE SHELL** |
   |          Plaintiff,                |  |
14 |     v.                             |  |
15 | H&H PLASTERING, INC.; CONCRETE SHELL STRUCTURES, INC.; and DOES 1 though 10, inclusive, |  |
16 |                                    | Date:       July 3, 2008 |
17 |          Defendants.               | Time:       8:00 a.m.
                                          Courtroom:   9
                                          Judge:       Hon. William Alsup |

1  Having considered the papers and the evidence filed by the parties, and having heard the
2  arguments of counsel, and good cause appearing therefore: Assignee Britannia Pointe Grand
3  Limited Partnership's ("Britannia's") Motion to Set Aside the Default Entered Against Defendant
4  Concrete Shell Structures, Inc. ("Concrete Shell") is hereby GRANTED.

5  Rule 55(c) of the Federal Rules of Civil Procedure provides that "[t]he court may set aside
6  an entry of default for good cause." Because good cause exists, the default entered against
7  Defendant Concrete Shell on January 24, 2008 is hereby set aside.

8  **IT IS SO ORDERED.**

10  Dated: _____, 2008

        _____
        Hon. William H. Alsup
        United States District Judge

13  17035\3008\603664.1