1  FOLGER LEVIN & KAHN LLP
   Wesley D. Hurst (CSB No. 127564, whurst@flk.com)
2  Amy L. Kashiwabara (CSB No. 210562, akashiwabara@flk.com)
   Embarcadero Center West
3  275 Battery Street, 23rd Floor
   San Francisco, CA 94111
4  Telephone: (415) 986-2800
   Facsimile: (415) 986-2827
5
   Attorneys for Britannia Pointe Grand
6  Limited Partnership, Assignee of Defendant
   Concrete Shell Structures, Inc.
7

8              UNITED STATES DISTRICT COURT

9             NORTHERN DISTRICT OF CALIFORNIA

10                 SAN FRANCISCO DIVISION

11

| | |
|---|---|
| 12  INSURANCE CORPORATION OF NEW YORK, | Case No. CV 07-05214 WHA |
| 13  Plaintiff, | **ASSIGNEE BRITANNIA POINTE GRAND LIMITED PARTNERSHIP'S RE-NOTICE OF MOTION TO INTERVENE, OR, IN THE ALTERNATIVE, SUBSTITUTE FOR ASSIGNOR DEFENDANT CONCRETE SHELL** |
| 14  v. | |
| 15  H&H PLASTERING, INC.; CONCRETE SHELL STRUCTURES, INC.; and DOES 1 though 10, inclusive, | |
| 16 | |
| 17  Defendants. | Date: July 17, 2008<br>Time: 8:00 a.m.<br>Courtroom: 9<br>Judge: Hon. William Alsup |
| 18 | |

19

20  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:

21  PLEASE TAKE NOTICE that at 8:00 a.m. on July 17, 2008, or as soon thereafter as the

22  matter may be heard, in Courtroom 9 on the 19th Floor of the United States Courthouse, 450

23  Golden Gate Avenue, San Francisco, California, 94102, Assignee Britannia Pointe Grand Limited

24  Partnership ("Britannia") will move for an order to intervene or, in the alternative, substitute for

25  assignor Defendant Concrete Shell ("Concrete Shell") in the above-captioned action.

26    This motion to set aside the default was previously noticed for a hearing on July 3, 2008.

27

28

| | | |
|---|---|---|
| 1 | Dated: June 5, 2008 | FOLGER LEVIN & KAHN LLP |
| 2 | | /s/ Amy L. Kashiwabara |
| 3 | | Attorneys for Britannia Pointe Grand Limited Partnership, Assignee of Defendant Concrete Shell Structures, Inc. |

17035\3008\604550.1