FOLGER LEVIN & KAHN LLP
Wesley D. Hurst (CSB No. 127564, whurst@flk.com)
Amy L. Kashiwabara (CSB No. 210562, akashiwabara@flk.com)
Embarcadero Center West
275 Battery Street, 23rd Floor
San Francisco, CA 94111
Telephone: (415) 986-2800
Facsimile: (415) 986-2827

Attorneys for Britannia Pointe Grand
Limited Partnership, Assignee of Defendant
Concrete Shell Structures, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| INSURANCE CORPORATION OF NEW YORK,<br><br>  Plaintiff,<br><br>v.<br><br>H&H PLASTERING, INC.; CONCRETE SHELL STRUCTURES, INC.; and DOES 1 though 10, inclusive,<br><br>  Defendants. | Case No. CV 07-05214 WHA<br><br>**ASSIGNEE BRITANNIA POINTE GRAND LIMITED PARTNERSHIP'S RE-NOTICE OF MOTION TO SET ASIDE THE DEFAULT ENTERED AGAINST CONCRETE SHELL STRUCTURES, INC.**<br><br>Date:  July 17, 2008<br>Time:  8:00 a.m.<br>Courtroom:  9<br>Judge:  Hon. William Alsup |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:

PLEASE TAKE NOTICE that at 8:00 a.m. on July 17, 2008, or as soon thereafter as the matter may be heard, in Courtroom 9 on the 19th Floor of the United States Courthouse, 450 Golden Gate Avenue, San Francisco, California, 94102, Assignee Britannia Pointe Grand Limited Partnership ("Britannia") will move for an order to set aside the default entered against Defendant Concrete Shell Structures, Inc. ("Concrete Shell") in the above-captioned action.

This motion to set aside the default was previously noticed for a hearing on July 3, 2008.

| | |
|---|---|
| Dated: June 5, 2008 | FOLGER LEVIN & KAHN LLP |
| | /s/ Amy L. Kashiwabara |
| | Attorneys for Britannia Pointe Grand Limited Partnership, Assignee of Defendant Concrete Shell Structures, Inc. |

17035\3008\603663.1