```
 1  FOLGER LEVIN & KAHN LLP
    Wesley D. Hurst (CSB No. 127564, whurst@flk.com)
 2  Amy L. Kashiwabara (CSB No. 210562, akashiwabara@flk.com)
    Embarcadero Center West
 3  275 Battery Street, 23rd Floor
    San Francisco, CA  94111
 4  Telephone: (415) 986-2800
    Facsimile: (415) 986-2827
 5
    Attorneys for Britannia Pointe Grand Limited
 6  Partnership, Assignee of Defendant Concrete
    Shell Structures, Inc.
 7
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| INSURANCE CORPORATION OF NEW YORK, <br><br> Plaintiff, <br><br> v. <br><br> H&H PLASTERING, INC.; CONCRETE SHELL STRUCTURES, INC.; and DOES 1 though 10, inclusive, <br><br> Defendants. | Case No. CV 07-05214 WHA <br><br> **CERTIFICATE OF SERVICE** |

I, Lisa Fong, state:

My business address is Embarcadero Center West, 275 Battery Street, 23rd Floor, San Francisco, California  94111.  I am over the age of eighteen years and not a party to this action.

On the date set forth below, I served the foregoing document(s) described as:

    **[1]  Assignee Britannia Pointe Grand Limited Partnership's Notice of Motion and Motion to Intervene, Or, In the Alternative, Substitute for Assignor Defendant Concrete Shell; Memorandum of Points and Authorities In Support Thereof;**

    **[2]  [PROPOSED] Order Granting Assignee Britannia Pointe Grand Limited Partnership's Motion to Intervene, or, In the Alternative, Substitute for Assignor Defendant Concrete Shell;**

    **[3]  Assignee Britannia Pointe Grand Limited Partnership's Re-**

Notice of Motion to Set Aside the Default Entered Against Concrete Shell Structures, Inc.; and

[4] [PROPOSED] Order Granting Assignee Britannia Pointe Grand Limited Partnership's Motion to Set Aside the Default Entered Against Defendant Concrete Shell

on the following person(s) in this action:

☒  BY FIRST CLASS MAIL: I am employed in the City and County of San Francisco where the mailing occurred. I enclosed the document(s) identified above in a sealed envelope or package addressed to the person(s) listed above, with postage fully paid. I placed the envelope or package for collection and mailing, following our ordinary business practice. I am readily familiar with this firm's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service.

| | |
|---|---|
| Craig S. Jones<br>ARCHER NORRIS<br>2033 N. Main St., Suite 800<br>Walnut Creek, CA 94596-7325<br>Fax: (925) 930-6620<br><br>Attorneys for CONCRETE SHELL STRUCTURES, INC. | David S. Henningsen<br>ROBINSON & WOOD<br>227 North First Street<br>San Jose, CA 95113<br>Fax: (408) 298-0477<br><br>Attorneys for CONCRETE SHELL STRUCTURES, INC. |
| Joseph C. Schulz<br>McCarthy & McCarthy, LLP<br>505 14th Street, Suite 1150<br>Oakland, CA 946102<br>Fax: (510) 839-8108<br><br>Attorneys for H&H PLASTERING, INC. | |

☐  BY MESSENGER SERVICE: I served the document(s) identified above by placing them in an envelope or package addressed to the person(s) listed above and providing them to a professional messenger service for service.

☒  BY OVERNIGHT DELIVERY: I enclosed the document(s) identified above in a sealed envelope or package addressed to the person(s) listed above, in an envelope or package designated by the overnight delivery carrier with delivery fees paid or provided for. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier, or by delivering to a courier or driver authorized by the overnight delivery carrier to receive documents.

| | |
|---|---|
| James Hoffman (via Federal Express)<br>Agent for Service of Process<br>H&H Plastering, Inc.<br>908 Regency Court<br>San Ramon, CA 94583 | Brian R. Cameron (via Federal Express)<br>Concrete Shell Structures, Inc.<br>1960 S. Forest Hill Place<br>Danville, CA 94526 |

1      I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

2      Executed on May 29, 2008, at San Francisco, California.

_____
Lisa Fong

17035\3008\603700.1