Norman J. Roger, Esq. SBN 62554
Patricia M. Fama, Esq. SBN 138362
Roger, Scott & Helmer LLP
1001 Marshall Street, Suite 400
Redwood City, Ca. 94063-2000
Telephone: 650-365-7700
Facsimile: 650-365-0677

#131433
Attorneys for Plaintiff
INSURANCE CORPORATON OF NEW YORK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INSURANCE CORPORATION OF NEW YORK,<br><br>Plaintiff,<br><br>vs.<br><br>H & H PLASTERING, INC., CONCRETE SHELL STRUCTURES, INC. ; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. C 07-05214 JL<br><br>PROOF OF SERVICE RE OPPOSITION MEMORANDUM OF INSURANCE CORPORATION OF NEW YORK'S TO BRITANNIA POINTE GRAND LIMITED PARTNERSHIPS MOTION TO INTERVENE OR, IN THE ALTERNATIVE, SUBSTITUTE FOR ASSIGNOR DEFENDANT CONCRETE SHELL<br><br>DATE: July 17, 2008<br>TIME: 8:00 a.m.<br>DEPT: 9<br>JUDGE: William Alsup |

PROOF OF SERVICE RE OPPOSITION MEMORANDUM OF INSURANCE CORPORATION OF NEW YORK'S TO BRITANNIA POINTE GRAND LIMITED PARTNERSHIPS MOTION TO INTERVENE OR, IN THE ALTERNATIVE, SUBSTITUTE FOR ASSIGNOR DEFENDANT CONCRETE SHELL

I, the undersigned, declare that:

I am, and was at the time of the service hereinafter mentioned, a citizen of the United States of America, employed in the County of San Mateo, California. I am over the age of eighteen years and not a party to the within cause; my business address is 1001 Marshall Street, Suite 400, Redwood City, California 94063.

On **June 26, 2008**, I caused to be served the following:

- **OPPOSITION MEMORANDUM OF INSURANCE CORPORATION OF NEW YORK'S TO BRITANNIA POINTE GRAND LIMITED PARTNERSHIPS MOTION TO INTERVENE OR, IN THE ALTERNATIVE, SUBSTITUTE FOR ASSIGNOR DEFENDANT CONCRETE SHELL; and,**
- **REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF OPPOSITION MEMORANDUM OF INSURANCE CORPORATION OF NEW YORK'S TO BRITANNIA POINTE GRAND LIMITED PARTNERSHIPS MOTION TO INTERVENE OR, IN THE ALTERNATIVE, SUBSTITUTE FOR ASSIGNOR DEFENDANT CONCRETE SHELL.**

on the parties involved addressed as follows:

James Hoffman
Agent for Service of Process
H & H Plastering, Inc.
908 Regency Court
San Ramon, CA 94583

Brian R. Cameron
Concrete Shell Structures, Inc.
1960 S Forest Hill Place
Danville, CA 94526

**Attorneys for Third Party Assignees**
Eric M. Lode, Esq.
FOLGER, LEVIN & KAHN LLP
275 Battery Street, 23rd Floor
San Francisco, CA 94111
Tel: (415) 986-2800
Fax: (415) 986-2827

**XXX** **BY ELECTRONIC CASE FILE (CM/ECF) SYSTEM** with the United States District Court, Eastern District of California Case Management/Electronic Case Filing System **on Eric M. Lode, Esq. only.**

**XXX** **MAIL:** I caused each such envelope above, with postage thereon fully prepaid, to be placed in the United States mail at Redwood City, California. (CCP Section 1013(a)(1)) **on James Hoffman and Brian R. Cameron only.**

I am readily familiar with the business practice for collection and processing of mail in this office. That in the ordinary course of business said document would be deposited with the U. S. Postal Service in Redwood City on that same day. I understand that service shall

be presumed invalid upon motion of a party served if the postal cancellation date or postage meter date on the envelope is more than one day after the date of deposit for mailing contained on the affidavit.

    I declare, under penalty of perjury, under the laws of the State of California that the foregoing is true and correct.  Executed **June 26, 2008**, at Redwood City, California.

                                                           Luz Marie Ramirez