1  FOLGER LEVIN & KAHN LLP
   Wesley D. Hurst (CSB No. 127564, whurst@flk.com)
2  Amy L. Kashiwabara (CSB No. 210562, akashiwabara@flk.com)
   Embarcadero Center West
3  275 Battery Street, 23rd Floor
   San Francisco, CA 94111
4  Telephone: (415) 986-2800
   Facsimile: (415) 986-2827
5
   Attorneys for Britannia Pointe Grand Limited
6  Partnership, Assignee of Defendant Concrete
   Shell Structures, Inc.
7

8                  UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10                    SAN FRANCISCO DIVISION

11

12 | INSURANCE CORPORATION OF NEW YORK,        | Case No. CV 07-05214 WHA
13 |                                            | **CERTIFICATE OF SERVICE**
   |            Plaintiff,                     |
14 |                                            |
   |      v.                                    |
15 |                                            |
   | H&H PLASTERING, INC.; CONCRETE             |
16 | SHELL STRUCTURES, INC.; and DOES           |
   | 1 though 10, inclusive,                    |
17 |                                            |
   |            Defendants.                     |
18

19

20      I, Lisa Fong, state:

21      My business address is Embarcadero Center West, 275 Battery Street, 23rd Floor, San
   Francisco, California 94111. I am over the age of eighteen years and not a party to this action.
22
        On the date set forth below, I served the foregoing document(s) described as:
23
        **ASSIGNEE BRITANNIA POINTE GRAND LIMITED
24      PARTNERSHIP'S REPLY IN SUPPORT OF MOTION TO
        INTERVENE, OR, IN THE ALTERNATIVE, SUBSTITUTE
25      FOR ASSIGNOR DEFENDANT CONCRETE SHELL**

26      on the following person(s) in this action:

27   ☒   BY FIRST CLASS MAIL: I am employed in the City and County of San
         Francisco where the mailing occurred. I enclosed the document identified above
28       in a sealed envelope or package addressed to the person(s) listed below, with

FOLGER LEVIN &
KAHN LLP                                              CERTIFICATE OF SERVICE;
ATTORNEYS AT LAW                                      CASE NO. CV 07-05214 WHA

1  postage fully paid. I placed the envelope or package for collection and mailing, following our ordinary business practice. I am readily familiar with this firm's
2  practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the
3  ordinary course of business with the United States Postal Service.

| | |
|---|---|
| Craig S. Jones<br>ARCHER NORRIS<br>2033 N. Main St., Suite 800<br>Walnut Creek, CA 94596-7325<br>Fax: (925) 930-6620<br><br>Attorneys for CONCRETE SHELL STRUCTURES, INC. | David S. Henningsen<br>ROBINSON & WOOD<br>227 North First Street<br>San Jose, CA 95113<br>Fax: (408) 298-0477<br><br>Attorneys for CONCRETE SHELL STRUCTURES, INC. |
| Joseph C. Schulz<br>McCarthy & McCarthy, LLP<br>505 14th Street, Suite 1150<br>Oakland, CA 946102<br>Fax: (510) 839-8108<br><br>Attorneys for H&H PLASTERING, INC. | |

☒  **BY OVERNIGHT DELIVERY**: I enclosed the document identified above in a sealed envelope or package addressed to the person(s) listed below, in an envelope or package designated by the overnight delivery carrier with delivery fees paid or provided for. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier, or by delivering to a courier or driver authorized by the overnight delivery carrier to receive documents.

| | |
|---|---|
| James Hoffman (via Federal Express)<br>Agent for Service of Process<br>H&H Plastering, Inc.<br>908 Regency Court<br>San Ramon, CA 94583 | Brian R. Cameron (via Federal Express)<br>Concrete Shell Structures, Inc.<br>1960 S. Forest Hill Place<br>Danville, CA 94526 |

☒  **BY ELECTRONIC FILE**: I served the document identified above along with the electronic filing to the Court addressed to the person(s) listed below.

| | |
|---|---|
| Patricia M. Fama, Esq.<br>Roger, Scott & Helmer LLP<br>1001 Marshall Street, Suite 400<br>Redwood City, CA 94063<br>e-mail: pfama@rshllp.com | Norman J. Roger, Esq.<br>Roger, Scott & Helmer LLP<br>1001 Marshall Street, Suite 400<br>Redwood City, CA 94063<br>e-mail: nroger@rshllp.com |

FOLGER LEVIN &
KAHN LLP
ATTORNEYS AT LAW

-2-

CERTIFICATE OF SERVICE;
CASE NO. CV 07-05214 WHA

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Executed on July 3, 2008, at San Francisco, California.

_____
Lisa Fong

17035\3008\608372.1