IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INSURANCE CORPORATION OF NEW YORK,<br><br>         Plaintiff,<br><br>  v.<br><br>H&H PLASTERING,<br><br>         Defendant.<br>_____ / | No. C 07-05214 WHA<br><br>**CLERK'S NOTICE RESCHEDULING HEARING TIME** |

(Plaintiff shall serve a copy of this notice on any party in the above-entitled action not appearing on the Notice of Electronic Filing or Other Case Activity and/or the attached Certificate of Service.)

YOU ARE NOTIFIED THAT the hearing previously set for July 17, 2008 at 8:00 a.m. has been rescheduled for **July 17, 2008 at 2:00 p.m.**, before the Honorable William Alsup. Please report to Courtroom 9, on the 19th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.

Because the Court will be in trial, parties should be aware that time for oral argument on this matter will be very limited. Please plan accordingly.

Dated: July 11, 2008                           FOR THE COURT,

                                                             Richard W. Wieking, Clerk

                                                             By:_____
                                                                  Dawn Toland
                                                                  Courtroom Deputy to the
                                                                  Honorable William Alsup