IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INSURANCE CORPORATION OF NEW YORK,<br><br>    Plaintiff,<br><br>  v.<br><br>H&H PLASTERING INC., CONCRETE SHELL STRUCTURES, INC.; and DOES 1–10, inclusive,<br><br>    Defendants.<br>                                                  / | No. C 07-05214 WHA<br><br>**CLARIFICATION OF ORDER** |

    In the Order Granting Motion to Intervene; Granting Motion to Set Aside Entry of Default; and Vacating Hearing (Dkt. No. 68), the Court intended to set aside the default entered against H&H Plastering, Inc., and Concrete Shell Structures, Inc., on January 24, 2008.

    **IT IS SO ORDERED.**

Dated: August 27, 2008.

                                                WILLIAM ALSUP
                                                UNITED STATES DISTRICT JUDGE