IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INSURANCE CORPORATION OF NEW YORK,<br><br>    Plaintiff,<br><br>v.<br><br>H&H PLASTERING INC., CONCRETE SHELL STRUCTURES, INC., and DOES 1 through 10, inclusive,<br><br>    Defendants. | Case No. C 07-05214 WHA<br><br>STIPULATION AND ORDER FOR EXTENSION OF DEADLINE FOR EXCHANGE OF INITIAL DISCLOSURE |

IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES TO THIS ACTION, through their Attorneys of Record herein:

Plaintiff Insurance Corporation of New York ("InsCorp") and Third-Party Assignee Britannia Pointe Limited Partnership ("Britannia") have agreed to a one week extension to exchange Initial Disclosures. The Court's Case Management Order requires that the parties exchange Initial Disclosures on or before February 12, 2009. The extension is requested and necessary due to the illness of plaintiff's counsel and her absence from the

1  office during the week of February 2, 2009 resulting in her inability to timely complete the
2  disclosure.  It is not the intention of the parties to otherwise delay compliance with the
3  time line set forth in the Case Management Order.
4      Accordingly, the parties stipulate and request that the date set for the exchange of
5  Initial Disclosures be continued from February 12, 2009 to February 19, 2009.
6      IT IS SO STIPULATED.

8  Dated: February 11, 2009        ROGER, SCOTT & HELMER LLP

9                                              By:  /s/ Patricia M. Fama
10                                                 Norman J. Roger
11                                                 Patricia M. Fama
12                                                 Attorney for Plaintiff
                                                INSURANCE COMPANY OF NEW YORK

14     IT IS SO STIPULATED.
15 Dated: February 11, 2009        FOLGER LEVIN & KAHN LLP

18                                               By /s/Wesley D. Hurt
19                                                Wesley D. Hurst, Esq.
                                               Steven Wilson, Esq.
20                                                Attorneys for Third Party Intervenor
                                               Britannia Pointe Grand Limited Partnership,
21                                                Assignee of Defendant Concrete Shell Structures, Inc.

22 It IS SO ORDERED.

24 Dated: February 12, 2009

                                               IT IS SO ORDERED
                                               Judge William Alsup

                                               Judge of the United States District Court