**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

INSURANCE CORPORATION OF
NEW YORK,

    Plaintiff,

  v.

H&H PLASTERING INC., CONCRETE
SHELL STRUCTURES, INC., and
DOES 1 through 10, inclusive,

    Defendants.
                                   /

No. C 07-05214 WHA

**ORDER GRANTING EXTENSION TO FILE STATUS UPDATE**

    Plaintiff has requested to extend the deadline for filing a status update from November 8, 2009, until November 18, 2009, due to the recent death of Norman J. Roger, one of plaintiff's two counsel of record. The request is **GRANTED**.

**IT IS SO ORDERED.**

Dated: December 4, 2009.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE